Philip A. Goldstein
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2167
pagoldstein@mcguirewoods.com

Blaec C. Croft
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Ave., Suite 1800
Pittsburgh, PA 15222
(412) 667-6057
bcroft@mcguirewoods.com

*Counsel for Defendant Capital One Financial Corp.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMED ROSHAN, Plaintiff, v. CAPITAL ONE FINANCIAL CORP., Defendant. | Case No. 1:25-cv-02653-RER-JAM<br>**DECLARATION OF PHILIP A. GOLDSTEIN IN SUPPORT OF CAPITAL ONE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO <u>FED. R. CIV. P. 12(b)(6)</u>** |

I, PHILIP A. GOLDSTEIN, being of full age, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am Counsel with the law firm McGuireWoods LLP, attorneys for Defendant Capital One Financial Corporation ("Capital One").[1] I am admitted to practice law before this Court and I am familiar with the pleadings, facts, and circumstances in this action. I submit this declaration in support of Capital One's Motion to Dismiss Plaintiff Mohamed Roshan's ("Plaintiff") Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

[1] Capital One, N.A. is the proper defendant in this matter, as it is the national banking association that maintains credit card accounts, including the accounts at issue in this litigation. Capital One Financial Corporation is a non-operating holding company, which has at no time maintained the credit card accounts at issue in this action. Therefore, Capital One Financial Corporation is not the proper defendant.

2. Attached as **Exhibit A** is a true and correct copy of the Summons and Complaint filed by Plaintiff on April 3, 2025 in the Supreme Court of the State of New York County of Queens, bearing index number 709699/2025 ("State Court Action"). *See also* ECF No. 1-1. On May 12, 2025, Capital One removed the State Court Action to this Court. *See* ECF No. 1.

3. Attached as **Exhibit B** is a true and correct copy of Plaintiff's correspondence that he sent to Capital One on September 18, 2023.

4. Attached as **Exhibit C** is a true and correct copy of a letter from Capital One to Plaintiff, dated September 25, 2023, concerning Plaintiff's Capital One credit card account ending in x6315.

5. Attached as **Exhibit D** is a true and correct copy of a letter from Capital One to Plaintiff, dated September 25, 2023, concerning Plaintiff's Capital One credit card account ending in x8727.

6. Attached as **Exhibit E** are true and correct copies of the following authorities to be provided to *pro se* litigants pursuant to Local Civil Rule 7.2 that are cited in the accompanying memorandum of law:

a. *Arnold v. Harp v. Police & Fire Fed. Credit Union*, No. CV 23-2577, 2023 WL 5152625 (E.D. Pa. Aug. 10, 2023);

b. *Chavis v. T-Mobile US, Inc.*, No. A-23-CV-1513-DII-SH, 2024 WL 150734 (W.D. Tex. Jan. 11, 2024);

c. *Douglas v. AutoNation Honda Covington Pike*, No. 3:23-CV-340-MPM-RP, 2023 WL 6368330 (N.D. Miss. Sept. 12, 2023);

d. *Douglas v. AutoNation Honda Covington Pike*, No. 3:23-CV-340-SA-RP, 2023 WL 6326659 (N.D. Miss. Sept. 28, 2023);

e. *Harp v. Police and Fire Fed. Credit Union*, No. CV 23-2577, 2023 WL 5152625 (E.D. Pa. Aug. 10, 2023);

f. *Hurt v. Exeter Finance, LLC*, No. 4:23-cv-1285, 2023 WL 8088601 (E.D. Mo. Nov. 21, 2023);

g. *Lee Joseph Vidrine v. Capital One Bank*, No. 6:23-CV-01500, 2024 WL 802242 (W.D. La. Feb. 9, 2024);

h. *Payne v. Spectrum*, No. SA-23-CV-01313-XR, 2023 WL 8681199 (W.D. Tex. Dec. 15, 2023);

i. *Santander Consumer USA*, No. 3:24-cv-1125, 2025 WL 1358546 (D. Conn. May 9, 2025);

j. *Scriven v. Barnum*, No. 24-CV-1805 (EK)(MJ), 2024 WL 1769318 (E.D.N.Y. Apr. 24, 2024);

k. *Thomas v. Wells Fargo Bank*, No. CV 23-00206-TFM-B, 2024 WL 478068 (S.D. Ala. Jan. 12, 2024);

l. *Thomas v. Wells Fargo Bank*, No. 1:23-CV-206-TFM-B, 2024 WL 474903 (S.D. Ala. Feb. 7, 2024);

m. *Vidrine v. Capital One Bank*, No. 6:23-CV-01500, 2024 WL 790380 (W.D. La. Feb. 26, 2024); and

n. *Wilson v. Aqua Fin.*, No. 3:23-5348-SAL-SVH, 2023 WL 7924150 (D. S.C. Oct. 26, 2023).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on May 19, 2025 in New York, New York.

*/s/ Philip A. Goldstein*
PHILIP A. GOLDSTEIN

*Attorney for Defendant Capital One Financial Corporation*

205637519_1.docx