RECEIVED IN PRO SE OFFICE MAY 27 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MOHAMED ROSHAN,

Plaintiff, Case No. 1:25-cv-02653-RER-JAM

- against -

CAPITAL ONE FINANCIAL CORP.,

Defendant.
------------------------------------------------------------x

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT CAPITAL ONE FINANCIAL CORP'S MOTION TO DISSMISS THE COMPLAINT**

Capital One Financial Corp's Fed.R. Civ. P. 12(b)(6) motion to dismiss the complaint for failure to state a claim. For the reasons set forth below, Plaintiff respectfully requests that this court deny Defendant's motion to dismiss.

**Summary of the Argument**

I have already established my claim for **securities fraud**. Regardless of the reason for being denied my credit, I have the right to credit. Withholding my access to my securities is **securities fraud**. You are violating the Equal Credit Opportunity Act and the Consumer Credit Protection Act. Since you are denying me my credit, please retract my application and all securities I've sent, or give me my credits.

Capital One Financial Corp and ALL of its affiliates no longer have the authority to act on my behalf, and any authority previously conferred on Capital One Financial Corporation by said powers of Attorney is revoked, canceled, and terminated. **(see Exhibit A, B & C). (Exhibit D)** Mohamed Roshan and/or Peace, prosperity, and Freedom Legacy Irrevocable Trust **(Exhibit E)** will take over as the fiduciary for the Principal MOHAMED ROSHAN. I have also filed a UCC-1 Financing Statement **(Exhibit F)** against Capital One Financial Corp. Moving Forward, as the agent for the Principal MOHAMED ROSHAN, I would like to utilize the security interest that was previously given; I would like to apply that security interest to set off all obligations owed by the principal.

In the complaint, Plaintiff raised two cognizable legal claims. One is the fact that MOHAMED ROSHAN's credit cards were shut down. I came forth to claim my security. Even though Capital One was still getting paid via his checking account ending in 2999 **(Exhibit G)**. Acting in a dishonest way that violates the duty of fair dealing (Breach of Contract and breach of fiduciary duty). The other is to utilize the security Interest that MOHAMED ROSHAN previously gave to Capital One as the security collateral with a tender of payment, which caused Capital One to shut down his credit cards. As the agent, I would like to apply that security interest to the account to set off all obligations owed by the Principal every month. I'm the creditor according to the Federal Reserve Act. I'm exercising the right to my security. So the plaintiff has made strong, valid claims. All of these claims add up to what is known as Securities Fraud.

**Memorandum in Opposition to Defendant's Argument**

Defendant states, "The Federal Reserve Act itself generally does not provide a private right of action for individuals to sue for violations of its provisions." However, the Federal Reserve Board (the Fed) may take <u>enforcement actions</u> against entities it supervises.

I will have to talk with the Office of the Comptroller of the Currency (OCC) and the Office of the State Comptroller **Exhibit(H)** to explain my situation with Capital One and how they are committing securities fraud according to **Exhibit I,** section 29 of the Federal Reserve Act. This is a third-tier Civil Money Penalty, which is $1,000,000.00 a day or 1% of the total assets of Capital One Financial Corp. **Exhibit J** (fee schedule) When I calculated the amount since March 23 of 2023 until april 03rd of 2025, it came up to be

$743,000,000 considering a million dollars a day since the beginning of the Platinum credit card, which is one of 2 of the credit cards that Capital one restricted.

My Principal is a Corporation and a bank. Which makes my Principal a Federal Reserve agent. My Principal, MOHAMED ROSHAN, is also a corporation; it was designed to do business with other **corporations**, such as Capital One. My Principal's Social Security Card is a part of the Federal Reserve Board, which makes MOHAMED ROSHAN a part of the Federal Reserve Board. So my Principal can take enforcement action against Capital One Financial Corp or Capital One N.A. I, Mohamed Roshan, am a living man. I am the agent for the Principal known as MOHAMED ROSHAN. Also, the Trustee for Peace, prosperity & Freedom Legacy irrevocable trust.

According to the defendant's second Argument, "plaintiff's attempt to

**fraudulently pay** off his credit card accounts cannot support a cause of action against Capital One."

So I'll break it down to prove that I am not the one **who is committing fraud according to the Constitution, which is the supreme law of the land (Marbury v. Madison).** According to **Exhibit K, Article 1, Section 10** of the The Constitution states: "No state shall enter into any treaty, Alliance, or Confederation; grant letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any thing but **gold and silver coin** a **Tender of Payment** of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility."

The **key takeaway** from this is that we are only supposed to pay with gold and silver coin as Tender of Payment. If the constitution states that we have to pay using gold and silver, how are we supposed to pay our bills, groceries, car notes, and mortgages?

What does the Constitution mean when it says to emit a bill of credit? A bill of credit is the Federal Reserve Notes (cash/money) that you use to pay all your bills. If the constitution forbids you from using bills of credit, you can't pay a debt with a debt, you can only pay debt with Gold and silver, then what are we supposed to do?

According to **12 U.S Code 411,** Federal Reserve Notes are supposed to be used by Federal Reserve agents for Federal Reserve Banks. "It shall be receivable by all banks for all taxes, customs, and public dues." You can redeem them for lawful money, meaning they are not lawful money; they are legal tender (it's not real).

Now let's look at **(Exhibit L), 18 U.S Code 8** - Federal reserve notes are obligations of the United States. The Federal Reserve Notes, checks, and coupons all belong to the United States, and all obligations are supposed to be taken care of by the United States.

If we look at **(Exhibit M)** 73rd Congress, sess I, CHS 48,49, June 5,6 1933 - " Every Obligation hereto or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be **Discharged** upon payment, dollar for dollar, in any coin or currency which at the time of payment is legal tender for public and private debts.

Since it is declared as public policy that everything has to be paid in gold and silver, Congress decided to discharge all bills Dollar for dollar, when we went off the gold standard in 1933, section 10 of the Costituion states "there shouldn't be laws that impair contractual obligations" or fiduciary duties to the Principal.

According to Black's Law dictionary " Money in usual and ordinary acceptation it means gold, silver, or paper money used to circulating medium of exchange, And does not embrace **NOTES**, Bonds,evidence of debt, or other personal or real estate, Lane v, Railey,280 ky,319,133 S.W.2d 74,79,81. Black's Law defines Money as Gold, silver, or Paper Money. **NOTES** are not considered money.

If you look at **Exhibit N**, clearly you see a $1.00 bill, on top of the $1.00 bill, it clearly states Federal Reserve NOTES! The Keyword here is **NOTES**. So the money we are using on a day-to-day basis is not money. So the question arises, what is it then? If it is not money.

According to **Exhibit O, UCC 3-104**, Negotiable Instrument. An Instrument is basically any document, contract, deed, or security. Negotiable means Transferable. So a $1.00 bill or any other bill is a security or a promissory Note that is Transferable. So, essentially, any bill is a Negotiable Instrument. So there was no money, there was never any money since 1933.

According to **Exhibit O, UCC 3-104** Negotiable instrument/Security/Security Interest is an unconditional promise or order to pay.

Let's look at **Exhibit P, the Bills of Exchange Act of 1882.** Let's look at the definition of "Bills" & "Note" - "Bills" means bills of exchange, and "note" means promissory note. So, essentially, the unconditional order to pay is a Bill or Promissory Note. (You may say, "Well, that's the UK's Bill of Exchange Act." However, if you look at **(Exhibit I,** Federal Reserve section 16, part 2, it clearly mentions the words Bills of exchange. We can conclude they are both talking about the same bill/ bill of exchange.

Let's take a look at **Exhibit Q.**, On the top right corner of my Capital One bill, you see the words "Billing Cycle." What is another word for Billing or Bill? Bills of Exchange

What is also a bill of Exchange? Your Federal Reserve Notes. So we can form the conclusion that the so-called "Money" and the Bill that you get in the mail every month are both Bills of Exchange. So, how am I committing fraud? And why is Capital One sending me a Bill of Exchange every month if Bills of Exchange are Fraudulent?

What does it need to be in order to be a negotiable instrument? According to **Exhibit O, UCC 3-104**, a negotiable instrument has to be (1) an unconditional promise to pay or order to pay, (2) it has to be signed, and (3) it has to be written.

If you look at **Exhibit Q,** it clearly says (1) " Pay to the order of: Capital One Financial Corp" on the bottom portion of the coupon. "Pay to the order of signifies my unconditional promise to pay Capital One Financial Corp the security Interest that I am receiving every month to set off the account. I am coming forth to utilize the security Interest that I previously gave, I would like to apply that security interest to the account to set off all obligations owed by the Principal, every month. (2) If you also look, there is my signature/Indorsement as the agent for the Principal. (3) All is written as the agent

for the principal, which makes this a valid Negotiable Instrument/ Security. Letting Capital One know that I am giving Capital One this Negotiable instrument/Security interest according to the Uniform Commercial Code (UCC) to set off all obligations owed by the Principal, MOHAMED ROSHAN.

Moving forward, I would like to utilize the security Interest/ Bills of Exchange that I receive every month in the mail to set off all obligations owed by the Principal. As restitution, I would like all the payments I've made to Capital One since April of 2023 till today to be given back to me, which is $1,962.00

12 USC 83 states, " No National bank shall make any loan or discount on the security of the shares of its own capital stock.

12 U.S. Code § 1431 - Powers and duties of banks states, "Each Federal Home Loan Bank shall have power, subject to rules and regulations prescribed by the Director, to borrow and give security therefor and to pay interest.

Clearly stating that **banks don't lend money**, this was proven by the Credit River Case, **First National Bank of Montgomery v. Daly**. Also, the case of **Montgomery Ward v. Eugene Glasure**, where Judge James P. Sheehy recognized a non-traditional form of payment (coffee beans as payment), particularly involving a credit card.

Publicly traded companies must file Form 10-Q with the Securities and Exchange Commission (SEC) to report their quarterly financial results. These are typically due within 45 days after the end of the quarter for the first three quarters, and 60 days after the end of the 4th Quarter

Why has Capital One N.A. not filed its quarterly reports? All I saw was Form 13F, which was filed on February 11 of 2020. Also, it states, "The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete. The reader should not assume that the information is accurate and complete." Since this case is securities fraud, I would like to see the Form 10-Q from Capital One N.A. from 2025,2024,2023 & 2022. Please send all forms. I need to know how the note moves from Capital One N.A. to Capital One Financial Corp. how the note is being securitized.

**CONCLUSION**

Wherefore, I have already established my claim for securities fraud. I came forth to claim my security. The Account Managers did not release the security, triggering securities fraud. My principal is taking damage from not being able to access the securities that he needs on a day-to-day basis. Withholding my access to my securities is **securities fraud**. My principal is not a minor, Capital One Financial Corp is violating the **Equal Credit Opportunity Act** and the **Consumer Credit Protection Act**. If you are denying me my credit, please give me back my Application and all of the securities I've sent to Capital One Financial Corp. As restitution, I would like all the payments I've made to Capital One since April of 2023 till today to be given back to me, which is $1,962.00. Moving forward, as the agent for the Principal MOHAMED ROSHAN, I would like to utilize the security interest that was previously given; I would like to apply that security interest/Bills of Exchange to set off all obligations owed by the principal via Registered Mail.

# EXHIBIT A

# POWER OF ATTORNEY

To: Capital One Financial Corporation, Capital One N.A., McGuirewoods LLP, Philip A. Goldstein, Bleac C. Croft

I, MOHAMED ROSHAN of 210-20 Hillside Avenue, Queens Village, New York 11427, hereby revoke the power of attorney and all security interests, which were granted by me ever since the 1st date of the account on 03/08/2022 for account number 5178 0594 8379 6315 and account number 5156 7689 7285 8727. I appointed Capital One Financial Corporation (EIN 54-1719854) and ALL of its affiliates of 1680 Capital One Drive as my agent for account # 5156768972858727 and Acct # 5178059483796315, and also all other accounts pertaining to my Principal, MOHAMED ROSHAN. Capital One Financial Corporation and ALL of its affiliates no longer have the authority to act on my behalf, and any authority previously conferred on Capital One Financial Corporation and ALL of its affiliates by said power of attorney is revoked, canceled, and terminated as of this 21st day of MAY, 2025. Capital One Financial Corporation and ALL of its affiliates cannot use the Principal's security interest. All Security interests should be returned to the Principal, MOHAMED ROSHAN, or agent Mohamed Roshan immediately.

MOHAMED ROSHAN, with all Capital letters, is the Principal, and Mohamed Roshan is also the agent for the Principal. As the agent for the Principal, I accept all Titles, rights, and Interests on behalf of the Principal, and I have the capacity to act on my Principal's behalf. As the agent for the principal, I would like to use the principal's Interest to transfer and pay the full balance on the account for setoff. All Important documents, such as tax documents, should be sent to the Principal's address at 210-20 Hillside Avenue, Queens Village, NY 11427.

Regardless of a consumer credit transaction, I have the authority to act on the principal's behalf. I would rather utilize the principal's security collateral and the Principal's interest to cover all debts owed on the account. I am enforcing the application since I have the power to act on the principal.

IN WITNESS WHEREOF, I have set my hand and seal at the city of Queens in the state of New York on this 21st day of MAY 2025.

[signature]

MOHAMED ROSHAN

All Rights Reserved

NOTARY ACKNOWLEDGEMENT

STATE OF NEW YORK

COUNTY OF QUEENS

On this 21 day of MAY 2025, before me, the undersigned, a Notary Public in and for the said state, personally appeared MOHAMMED ROSHAN, known to me or proved to me based on satisfactory evidence to be the individual whose name is to be subscribed to the within the instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual, or the person upon behalf of which the individual has acted, executed the instrument.

[signature]

Notary Public

My commission Expires: 08/25/2028

SM MASUD MORSHED
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MO6192021
Qualified in Queens County
Commission Expires August 25, 2028

# EXHIBIT B

April 23, 2025

MOHAMED ROSHAN 000088968
21020 HILLSIDE AVE A102
QUEENS VILLAGE, NY 11427

**Re: Power of Attorney (POA) Request**

**Dear MOHAMED ROSHAN,**

**Thank you for contacting Capital One.**

We have received your request to remove Power of Attorney (POA) rights from your account.

There is no attorney listed on your account.

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR BEING ADDED TO AN ACCOUNT**
*To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who is added to an account.* **What this means for you:** *When you are added to an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.*

If you have any questions, please give us a call at 877-383-4802. We are available 24 hours a day, 7 days a week.

Sincerely,

Capital One
Customer Care Team

© 2025 Capital One. Capital One is a federally registered service mark.

# EXHIBIT C

Check Form for Common Errors & Reminders

Form **2848** (Rev. January 2021) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Go to www.irs.gov/Form2848 for instructions and the latest information.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**Part I Power of Attorney**

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1 Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer identification number(s) | |
|---|---|---|
| MOHAMED ROSHAN<br>210-20 HILLSIDE AVENUE<br>QUEENS VILLAGE, NY 11427 | [redacted]6344 | |
| | Daytime telephone number<br>347-553-8886 | Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| c/o Mohamed Roshan<br>210-20 Hillside Avenue<br>Queens Village, Repbulic of New York [11427]<br>**Check if to be sent copies of notices and communications** ☑ | CAF No.<br>PTIN<br>Telephone No. 347-553-8886<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address<br>PEACE, PROSPERITY & FREEDOM LEGACY IRREVOCABLE TRUST [TIN 33-6568075]<br>210-20 HILLSIDE AVENUE<br>QUEENS VILLAGE, NY 11427<br>**Check if to be sent copies of notices and communications** ☑ | CAF No.<br>PTIN<br>Telephone No. 347-553-8886<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address<br>(**Note:** IRS sends notices and communications to only two representatives.) | CAF No.<br>PTIN<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address<br>(**Note:** IRS sends notices and communications to only two representatives.) | CAF No.<br>PTIN<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3 Acts authorized (you are required to complete line 3).** Except for the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Please send all tax documents to the address above from all years to Mohamed Roshan | | |
| If IRS have any questions please feel fee to call me | | |
| | | |

**4 Specific use not recorded on the Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See *Line 4. Specific Use Not Recorded on CAF* in the instructions . . . . . . . . . . . . . . . ▶ ☐

**5a Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☑ Access my IRS records via an Intermediate Service Provider;
☑ Authorize disclosure to third parties; ☑ Substitute or add representative(s); ☑ Sign a return; ____________

☑ Other acts authorized: All acts authorized by the Principal

b **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.
List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b):

6 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this form. If you **do not** want to revoke a prior power of attorney, check here ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

7 **Taxpayer declaration and signature.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify I have the legal authority to execute this form on behalf of the taxpayer. Your paragraph text

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

[signature] — Signature | 05/22/2025 — Date | TRUSTEE/Agent — Title (if applicable)

MOHAMED ROSHAN — Print name | Print name of taxpayer from line 1 if other than individual

## Part II Declaration of Representative

Under penalties of perjury, by my signature below I declare that:

- I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
- I am subject to regulations in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent—enrolled as an agent by the IRS per the requirements of Circular 230.
d Officer—a bona fide officer of the taxpayer organization.
e Full-Time Employee—a full-time employee of the taxpayer.
f Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the IRS is limited by section 10.3(d) of Circular 230).
h Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). See **Special Rules and Requirements for Unenrolled Return Preparers** in the instructions for additional information.
k Qualifying Student or Law Graduate—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student, or law graduate working in a LITC or STCP. See instructions for Part II for additional information and requirements.
r Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation—Insert above letter (a–r). | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
| e | Trustee/Agent | | [signature] | 05/22/2025 |
| e | Trustee/Agent | | [signature] | 05/22/2025 |
| | | | | |
| | | | | |

# EXHIBIT D

# Affidavit
## (Sworn Statement)

Mohamed Roshan is a Private Individual, A U.S/State National, I was not born in the District of Columbia. Mohamed Roshan is a Private individual who does not elect to be taxed. He is a living person, who is not a minor. He has the capacity to contract. Mohamed Roshan's place of abode is at Block: 10586 and Lot: 0016 in the United States of America the Republic. Mohamed Roshan doesn't have Income as defined by the Internal Revenue Code.

Mohamed Roshan (me) doesn't reside in the United States which is located in the District Of Columbia.

Mohamed Roshan doesn't live in the state of New York which is entirely different from New York state.

Mohamed Roshan lives in New York State which is in the United States of America the republic.

Mohamed Roshan is not from the District of Columbia, he is not in the U.S Corporations.

Mohamed Roshan is not engaged in trade or business within the United States which is located in the District of Columbia.

District of Columbia is not part of the Union.

Those who live in the Constitutional republic are not subject to the jurisdiction of the "national Government" as they are not born in the territory belonging to the statutory United States. The Constitutional Republic is a separate and distinct jurisdiction from the territory belonging to the statutory United States, the District of Columbia. The District of Columbia is not a state of the Union. Private sector Employers cannot be presumed as federal.

Under the Penalty of perjury, I swear that the above statements are true and accurate to my knowledge.

**IN WITNESS WHEREOF**, I have unto set my hand and seal at the city of Queens in the state of New York on this 3rd day of April 2025.

[signature]

MOHAMED ROSHAN

## NOTARY ACKNOWLEDGEMENT

STATE OF NEW YORK

COUNTY OF QUEENS

On this 3RD day of APRIL 2025, before me, the undersigned, a Notary Public in and for the said state, personally appeared Mohamed Roshan, known to me or proved to me based on satisfactory evidence to be the individual whose name is to be subscribed to the within the instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual, or the person upon behalf of which the individual has acted, executed the instrument.

[signature]

Notary Public

My commission Expires: MAY 26, 2027

DONNA NELSON THOMPSON
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01NE6325377
Qualified in QUEENS County
Commission Expires MAY 26, 2027

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes, must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence with this office. For more information regarding the USCIS FOIA Program, please visit uscis.gov/foia.

Sincerely,

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

# EXHIBIT E

**Non Negotiable/ NonTransferable**

# CERTIFICATE OF TRUST

The Trust identified in this certificate was **recorded** in the following state and county:

State of New York
County of Queens

Date of this Certificate: 12/04/2024

**I. AFFIANT.** I, Mohamed Roshan, ("Affiant"), being duly swom, deposes and states under penalty of perjury that the foregoing is true and correct.

**II. TRUST.** The Trust is known as Peace Prosperity & Freedom Legacy Irrevocable Trust.

The Trust has not been terminated, revoked, modified, or amended in any manner that would cause the representations contained in this **Certification of Trust** to be incorrect.

a.) Type. The Trust is considered Irrevocable.
b.) Date. The Trust was signed and executed on 12/04/2024 **Non Negotiable/ NonTransferable**
c.) Tax ID Number. 33-6568075.

**III. SETTLOR(S).** There is one (1) settlor(s), known as Mohamed Roshan, with a mailing address of 210-20 Hillside Avenue, Queens Village, New York, 11427 (the "Settlor(s)").

**IV. TRUSTEE(S).** There is one (1) trustee(s), known as Mohamed Roshan, with a mailing address 210-20 Hillside Avenue , Queens Village, New York, 11427 (the "Trustee(s)").

**V. AUTHORITY.** The authority to act on behalf of the Trust requires the Trustee(s) to sign.

**VI. POWERS.** The Trustee(s) shall hold unrestricted powers to manage the Trust, including but not limited to selling, conveying, mortgaging, or encumbering its real and personal property.

**VII. REAL ESTATE.** The Trust does not have any real estate

**VIII. SUCCESSOR TRUSTEE(S).** There is one (1) successor trustee, known as Saira Banu Alavi, with a mailing address of 210-20 Hillside Avenue, Queens Village, New York, 11427 (the "Successor Trustee(s)").

**IX. EXECUTION.** I, the Affiant, declare that this certificate has been examined by me and its contents are true and correct.

**Affiant's Signature:** [signature] **Date:** 12/04/2024

**Print Name:** MOHAMED ROSHAN

**Non Negotiable/ NonTransferable**

# NOTARY ACKNOWLEDGEMENT

**A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which the certificate is attached, and not the truthfulness, accuracy, or validity of that document.**

**State of** New York
**County of** Queens

**On** 12/04/2024 **, before me,** Wendy Alvarez **, personally appeared** Mohamed Roshan **who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s) acted, executed the instrument.**

**I certify under PENALTY OF PERJURY under the laws of the State of** New York **that the foregoing paragraph is true and correct**

**WITNESS my hand and official seal.**

**Signature** _____________________ **(Seal)**

WENDY D ALVAREZ
Notary Public - State of New York
NO. 01AL6438529
Qualified in Queens County
My Commission Expires Aug 15, 2026

**Non Negotiable/ NonTransferable**

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 12-04-2024

Employer Identification Number:
33-6568075

Form: SS-4

Number of this notice: CP 575 B

PEACE PROSPERITY & FREEDOM LEGACY
MOHAMED ROSHAN TTEE
210-20 HILLSIDE AVENUE
QUEENS VILLAGE, NY 11427

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 33-6568075. This EIN will identify your estate or trust. If you are not the applicant, please contact the individual who is handling the estate or trust for you. Please keep this notice in your permanent records.

Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when another person has stolen their identity and are opening a business using their information. If you did **not** apply for this EIN, please contact us at the phone number or address listed on the top of this notice.

When filing tax documents, making payments, or replying to any related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the following forms by the dates shown.

| | |
|---|---|
| Form 1041 | 12/04/2024 |

After our review of your information, we have determined that you have not filed tax returns for the above-mentioned tax period(s) dating as far back as 2002. Please file your return(s) by 12/19/2024. If there is a balance due on the return(s), penalties and interest will continue to accumulate from the due date of the return(s) until it is filed and paid. If you were not in business or did not hire any employees for the tax period(s) in question, please file the return(s) showing you have no liabilities.

If you have questions about the forms or the due dates shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification (corporation, partnership, estate, trust, EPMF, etc.) based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records. This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you. You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

* Provide future officers of your organization with a copy of this notice.

Your name control associated with this EIN is PEAC. You will need to provide this information along with your EIN, if you file your returns electronically.

Safeguard your EIN by referring to Publication 4557, Safeguarding Taxpayer Data: A Guide for Your Business.

You can get any of the forms or publications mentioned in this letter by visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

If you have questions about your EIN, you can contact us at the phone number or address listed at the top of this notice. If you write, please tear off the stub at the bottom of this notice and include it with your letter.

Thank you for your cooperation.

Keep this part for your records. CP 575 B (Rev. 7-2007)

---

Return this part with any correspondence so we may identify your account. Please correct any errors in your name or address.

CP 575 B

9999999999

Your Telephone Number ( ) - ________

Best Time to Call ________

DATE OF THIS NOTICE: 12-04-2024
EMPLOYER IDENTIFICATION NUMBER: 33-6568075
FORM: SS-4 NOBOD

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

PEACE PROSPERITY & FREEDOM LEGACY
MOHAMED ROSHAN TTEE
210-20 HILLSIDE AVENUE
QUEENS VILLAGE, NY 11427

# EXHIBIT F

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
(347) 553-8886

B. E-MAIL CONTACT AT FILER (optional)
MOHAMEDROSHAN100198YAHOO.COM

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

MOHAMED ROSHAN
210-20
HILLSIDE AVENUE
QUEENS VILLAGE, NY 11427

Delaware Department of State
U.C.C. Filing Section
Filed: 02:06 AM 02/25/2025
U.C.C. Initial Filing No: 2025 1260477

Service Request No: 20250707022

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: CAPITAL ONE FINANCIAL CORPORATION

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1680 CAPITAL ONE DRIVE | MCLEAN | VA | 22102 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: MOHAMED ROSHAN

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 210-20 HILLSIDE AVENUE | QUEENS VILLAGE | NY | 11427 | US |

4. COLLATERAL: This financing statement covers the following collateral:

Capital One Platinum Credit Card Number:5178059483796315 Capital One QuickSilver Credit Card Number: 5156768972858727
Collateral Description - please see attached

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

# EXHIBIT G

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOHAMED ROSHAN

Page: 6 of 10
Statement Period: Mar 24 2023-Apr 23 2023
Cust Ref #: [redacted]2999-630-E-***
Primary Account #: [redacted]2999

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/05 | DEBIT POS, *****30117300566, AUT 040423 DDA PURCHASE RAY STEPHENS GAS BROOKLYN * NY | 6.53 |
| 04/05 | eTransfer Debit, Online Xfer Transfer to SV 00006800767965 | 50.00 |
| 04/06 | DEBIT CARD PURCHASE, *****30117300566, AUT 040523 VISA DDA PUR CHELSEA PAPAYA NEW YORK * NY | 5.07 |
| 04/06 | TD ATM DEBIT, *****30117300566, AUT 040623 DDA WITHDRAW 73 14 37TH AVENUE JACKSON HTS * NY | 20.00 |
| 04/06 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3RE1LSHP19MMPUN | 100.00 |
| 04/06 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3RE1LS99BOYRA8N | 100.00 |
| 04/06 | ACH DEBIT, CON ED OF NY XXXXXXXXXX ****36163810036 | 25.00 |
| 04/07 | DEBIT CARD PURCHASE, *****30117300566, AUT 040523 VISA DDA PUR TACO BELL 039960 WOODSIDE * NY | 5.71 |
| 04/07 | ELECTRONIC PMT-WEB, T-MOBILE HANDSET 0830972 | 30.00 |
| 04/07 | ELECTRONIC PMT-WEB, SPECTRUM SPECTRUM 0788151 | 54.99 |
| 04/07 | TD ATM DEBIT, *****30117300566, AUT 040723 DDA WITHDRAW 70 05 NORTHERN BLVD JACKSON HEIGH * NY | 10.00 |
| 04/07 | DEBIT CARD PAYMENT, *****30117300566, AUT 040723 VISA DDA PUR NETFLIX 1 8445052993 * CA | 16.52 |
| 04/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 040523 VISA DDA PUR KARATE MAGEN DAVID LLC 718 2635728 * NY | 125.00 |
| 04/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 040723 VISA DDA PUR SHELL OIL 10009775015 JACKSON HEIGH * NY | 25.12 |
| 04/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 040723 VISA DDA PUR MCDONALD S F12266 WOODSIDE * NY | 6.85 |
| 04/10 | TD ATM DEBIT, *****30117300566, AUT 040723 DDA WITHDRAW 73 14 37TH AVENUE JACKSON HTS * NY | 20.00 |
| 04/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 040823 VISA DDA PUR DUNKIN 304823 Q35 FLUSHING * NY | 5.37 |
| 04/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 040823 VISA DDA PUR PREMIUM SWEETS RE JACKSON HEIGH * NY | 19.60 |
| 04/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 040923 VISA DDA PUR DUNKIN 304823 Q35 FLUSHING * NY | 7.16 |
| 04/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 040923 VISA DDA PUR DUNKIN 351853 Q35 BRONX * NY | 5.75 |
| 04/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 040923 VISA DDA PUR DREAM GOURMET DELI INC BRONX * NY | 7.28 |
| 04/10 | DEBIT POS, *****30117300566, AUT 041023 DDA PURCHASE 7 ELEVEN JAMAICA * NY | 8.15 |
| 04/11 | DEBIT CARD PURCHASE, *****30117300566, AUT 040923 VISA DDA PUR SHELL OIL 10009775015 JACKSON HEIGH * NY | 25.01 |
| 04/11 | DEBIT CARD PURCHASE, *****30117300566, AUT 040923 VISA DDA PUR TACO BELL 039960 WOODSIDE * NY | 8.70 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOHAMED ROSHAN

| | |
|---|---|
| Page: | 6 of 7 |
| Statement Period: | May 24 2023-Jun 23 2023 |
| Cust Ref #: | [redacted]2999-630-E-*** |
| Primary Account #: | [redacted]2999 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/06 | DEBIT CARD PAYMENT, *****30117300566, AUT 060623 VISA DDA PUR NETFLIX 1 8445052993 * CA | 16.52 |
| 06/07 | DEBIT CARD PURCHASE, *****30117300566, AUT 060523 VISA DDA PUR HAAT BAZAAR RESTAURANT JACKSON HEIGH * NY | 19.60 |
| 06/07 | DEBIT CARD PURCHASE, *****30117300566, AUT 060623 VISA DDA PUR BP 3006750AAA NORTHERN G WOODSIDE * NY | 20.02 |
| 06/07 | DEBIT CARD PURCHASE, *****30117300566, AUT 060623 VISA DDA PUR CITYVIEW RENTAL LLC 347 939 5440 * NY | 200.00 |
| 06/07 | DEBIT POS, *****30117300566, AUT 060723 DDA PURCHASE 7 ELEVEN NEW YORK * NY | 11.17 |
| 06/07 | TD ATM DEBIT, *****30117300566, AUT 060723 DDA WITHDRAW 70 05 NORTHERN BLVD JACKSON HEIGH * NY | 100.00 |
| 06/07 | DEBIT CARD PURCHASE, *****30117300566, AUT 060723 VISA DDA PUR 2970 OCEAN AVENUE DELI BROOKLYN * NY | 18.03 |
| 06/08 | DEBIT CARD PURCHASE, *****30117300566, AUT 060623 VISA DDA PUR HAAT BAZAAR RESTAURANT JACKSON HEIGH * NY | 13.06 |
| 06/08 | DEBIT CARD PURCHASE, *****30117300566, AUT 060623 VISA DDA PUR SHELL OIL 57545066201 NEW YORK * NY | 15.00 |
| 06/13 | ACH DEBIT, GEICO PREM COLL ****224875 | 108.00 |
| 06/16 | DEBIT CARD PURCHASE, *****30117300566, AUT 061523 VISA DDA PUR BP 3527539GULYANA INC QUEENS VILLAG * NY | 25.02 |
| 06/16 | DEBIT CARD PURCHASE, *****30117300566, AUT 061523 VISA DDA PUR PAYPAL LUISAFERNANDAORT 402 935 7733 * CA | 1.00 |
| 06/20 | DEBIT CARD PURCHASE, *****30117300566, AUT 061623 VISA DDA PUR PAYPAL LUISAFERNANDAORT 402 935 7733 * CA | 50.00 |
| 06/20 | DEBIT CARD PURCHASE, *****30117300566, AUT 061623 VISA DDA PUR CITYVIEW RENTAL LLC 347 939 5440 * NY | 200.00 |
| 06/20 | DEBIT CARD PURCHASE, *****30117300566, AUT 061823 VISA DDA PUR APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 3.99 |
| 06/20 | DEBIT CARD PURCHASE, *****30117300566, AUT 061823 VISA DDA PUR BP 3006750AAA NORTHERN G WOODSIDE * NY | 30.10 |
| 06/20 | DEBIT CARD PURCHASE, *****30117300566, AUT 061923 VISA DDA PUR CITYVIEW RENTAL LLC 347 939 5440 * NY | 400.00 |
| 06/20 | TD ATM DEBIT, *****30117300566, AUT 061923 DDA WITHDRAW 73 14 37TH AVENUE JACKSON HTS * NY | 10.00 |
| 06/20 | ACH DEBIT, PLANET FIT CLUB FEES ****702459849 | 26.16 |
| 06/20 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3RTO7KDRTWFSCPR | 30.00 |
| 06/20 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3RT88PZJE5SSFPZ | 50.00 |
| 06/21 | DEBIT CARD PURCHASE, *****30117300566, AUT 062023 VISA DDA PUR BP 3527539GULYANA INC QUEENS VILLAG * NY | 30.02 |
| 06/21 | DEBIT CARD PURCHASE, *****30117300566, AUT 062023 VISA DDA PUR DOSA DELIG DOSA DELIG HTTPSWWW DOSA * NY | 7.46 |
| 06/21 | DEBIT CARD PURCHASE, *****30117300566, AUT 062023 VISA DDA PUR LHASA TIBET RESTAURANT A JACKSON HEIGH * NY | 20.32 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOHAMED ROSHAN

Page: 4 of 7
Statement Period: May 24 2023-Jun 23 2023
Cust Ref #: [redacted]999-630-E-***
Primary Account #: [redacted]2999

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/24 | DEBIT CARD PURCHASE, *****30117300566, AUT 052323 VISA DDA PUR GOD BLESS DELI I CORP BROOKLYN * NY | 11.37 |
| 05/24 | DEBIT CARD PURCHASE, *****30117300566, AUT 052323 VISA DDA PUR BP 3006750AAA NORTHERN G WOODSIDE * NY | 40.03 |
| 05/24 | TD ATM DEBIT, *****30117300566, AUT 052323 DDA WITHDRAW 73 14 37TH AVENUE JACKSON HTS * NY | 20.00 |
| 05/24 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3RO62IQUD2BNJPZ | 50.00 |
| 05/24 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3RO67I65829LKYN | 400.00 |
| 05/24 | TD ATM DEBIT, *****30117300566, AUT 052423 DDA WITHDRAW 70 05 NORTHERN BLVD JACKSON HEIGH * NY | 10.00 |
| 05/24 | DEBIT POS, *****30117300566, AUT 052423 DDA PURCHASE WHOLEFDS UWS 103 808 COL NEW YORK * NY | 5.55 |
| 05/25 | DEBIT CARD PURCHASE, *****30117300566, AUT 052423 VISA DDA PUR BP 3006750AAA NORTHERN G WOODSIDE * NY | 15.07 |
| 05/25 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3ROEFA28M6I4MTZ | 50.00 |
| 05/25 | ELECTRONIC PMT-WEB, ASPIRE MC PMT EPAY ASPIRE MC PMT | 150.00 |
| 05/25 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3ROEF9BDC59LILB | 292.33 |
| 05/26 | DEBIT CARD PAYMENT, *****30117300566, AUT 052423 VISA DDA PUR GOOGLE GOOGLE STORAGE 855 836 3987 * CA | 2.17 |
| 05/26 | DEBIT CARD PURCHASE, *****30117300566, AUT 052523 VISA DDA PUR LAKFOOD JAMAICA * NY | 35.47 |
| 05/26 | TD ATM DEBIT, *****30117300566, AUT 052623 DDA WITHDRAW 73 14 37TH AVENUE JACKSON HTS * NY | 10.00 |
| 05/26 | ELECTRONIC PMT-WEB, UALETT CABICASH UALETT CAB I5KNGA947 | 83.87 |
| 05/30 | DEBIT CARD PURCHASE, *****30117300566, AUT 052723 VISA DDA PUR DUNKIN 310196 Q35 BROOKLYN * NY | 9.23 |
| 05/30 | TD ATM DEBIT, *****30117300566, AUT 052723 DDA WITHDRAW 70 05 NORTHERN BLVD JACKSON HEIGH * NY | 20.00 |
| 05/30 | DEBIT CARD PURCHASE, *****30117300566, AUT 052723 VISA DDA PUR BP 7089212SPEEDCO SERVIC JACKSON HEIGH * NY | 30.06 |
| 05/30 | DEBIT CARD PURCHASE, *****30117300566, AUT 052723 VISA DDA PUR TACO BELL 039960 WOODSIDE * NY | 9.78 |
| 05/30 | DEBIT CARD PURCHASE, *****30117300566, AUT 052723 VISA DDA PUR APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 13.66 |
| 05/30 | DEBIT CARD PURCHASE, *****30117300566, AUT 052823 VISA DDA PUR CITYVIEW RENTAL LLC 347 939 5440 * NY | 400.00 |
| 05/30 | DEBIT CARD PURCHASE, *****30117300566, AUT 052823 VISA DDA PUR TST HOLY COW JFK JAMAICA * NY | 6.53 |
| 05/30 | DEBIT CARD PURCHASE, *****30117300566, AUT 052823 VISA DDA PUR TST HOLY COW JFK JAMAICA * NY | 2.72 |
| 05/30 | DEBIT CARD PURCHASE, *****30117300566, AUT 052923 VISA DDA PUR BP 6638803UTOPIA SERVICE WHITESTONE * NY | 25.08 |
| 05/30 | DEBIT CARD PURCHASE, *****30117300566, AUT 052923 VISA DDA PUR 2970 OCEAN AVENUE DELI BROOKLYN * NY | 11.96 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOHAMED ROSHAN

Page: 5 of 10
Statement Period: Jun 24 2023-Jul 23 2023
Cust Ref #: [redacted]999-630-E-***
Primary Account #: [redacted]2999

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/30 | DEBIT CARD PURCHASE, *****30117300566, AUT 062923 VISA DDA PUR BP 3006750AAA NORTHERN G WOODSIDE * NY | 35.52 |
| 06/30 | DEBIT CARD PURCHASE, *****30117300566, AUT 062923 VISA DDA PUR SUNSET DINER BROOKLYN * NY | 28.09 |
| 06/30 | eTransfer Debit, Online Xfer Transfer to SV 00006800767965 | 600.00 |
| 06/30 | TD ZELLE SENT, 318100D0I84I Zelle ILBERTO TIBANA | 1,000.00 |
| 07/03 | DEBIT CARD PURCHASE, *****30117300566, AUT 062923 VISA DDA PUR DELICIAS CALENAS 2 JACKSON HEIGH * NY | 18.72 |
| 07/03 | DEBIT CARD PURCHASE, *****30117300566, AUT 063023 VISA DDA PUR BP 7089212SPEEDCO SERVIC JACKSON HEIGH * NY | 26.30 |
| 07/03 | DEBIT CARD PURCHASE, *****30117300566, AUT 063023 VISA DDA PUR DELICIAS CALENAS 2 JACKSON HEIGH * NY | 14.56 |
| 07/03 | DEBIT CARD PURCHASE, *****30117300566, AUT 063023 VISA DDA PUR CVS PHARMACY 00491 JACKSON HEIGH * NY | 11.29 |
| 07/03 | DEBIT CARD PURCHASE, *****30117300566, AUT 063023 VISA DDA PUR E Z PASSNY PAYMENT 800 333 8655 * NY | 50.00 |
| 07/03 | DEBIT CARD PURCHASE, *****30117300566, AUT 070123 VISA DDA PUR APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 4.32 |
| 07/03 | TD ZELLE SENT, 318200J08LBO Zelle ILBERTO TIBANA | 400.00 |
| 07/03 | TD ATM DEBIT, *****30117300566, AUT 070123 DDA WITHDRAW 73 14 37TH AVENUE JACKSON HEIGH * NY | 20.00 |
| 07/03 | DEBIT CARD PURCHASE, *****30117300566, AUT 070223 VISA DDA PUR BP 3006750AAA NORTHERN G WOODSIDE * NY | 25.01 |
| 07/03 | DEBIT CARD PURCHASE, *****30117300566, AUT 070223 VISA DDA PUR CITYVIEW RENTAL LLC 347 939 5440 * NY | 400.00 |
| 07/03 | TD ATM DEBIT, *****30117300566, AUT 070223 DDA WITHDRAW 73 14 37TH AVENUE JACKSON HTS * NY | 20.00 |
| 07/03 | DEBIT POS, *****30117300566, AUT 070323 DDA PURCH W/CB DUANE READE STO 7301 37T JACKSON HEIGH * NY | 10.99 |
| 07/05 | DEBIT CARD PURCHASE, *****30117300566, AUT 070223 VISA DDA PUR HAAT BAZAAR RESTAURANT JACKSON HEIGH * NY | 19.60 |
| 07/05 | DEBIT CARD PURCHASE, *****30117300566, AUT 070323 VISA DDA PUR HAAT BAZAAR RESTAURANT JACKSON HEIGH * NY | 17.42 |
| 07/05 | DEBIT CARD PURCHASE, *****30117300566, AUT 070323 VISA DDA PUR RAJA SWEET FAST FOOD JACKSON HEIGH * NY | 5.00 |
| 07/05 | DEBIT CARD PURCHASE, *****30117300566, AUT 070423 VISA DDA PUR DUNKIN 308509 JAMAICA * NY | 9.00 |
| 07/05 | DEBIT CARD PURCHASE, *****30117300566, AUT 070423 VISA DDA PUR BP 3006750AAA NORTHERN G WOODSIDE * NY | 25.03 |
| 07/05 | DEBIT CARD PURCHASE, *****30117300566, AUT 070423 VISA DDA PUR DUNKIN 304823 Q35 FLUSHING * NY | 6.07 |
| 07/05 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3RWTSIZ4S9SDIE7 | 50.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOHAMED ROSHAN

Page: 6 of 10
Statement Period: Jun 24 2023-Jul 23 2023
Cust Ref #: [redacted]2999-630-E-***
Primary Account #: [redacted]2999

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | TD ATM DEBIT, *****30117300566, AUT 070523 DDA WITHDRAW 73 14 37TH AVENUE JACKSON HTS * NY | 20.00 |
| 07/06 | DEBIT CARD PURCHASE, *****30117300566, AUT 070423 VISA DDA PUR BP 7089212SPEEDCO SERVIC JACKSON HEIGH * NY | 25.03 |
| 07/06 | TD ATM DEBIT, *****30117300566, AUT 070523 DDA WITHDRAW 214 32 JAMAICA AVE QUEENS VILAGE * NY | 100.00 |
| 07/07 | DEBIT CARD PURCHASE, *****30117300566, AUT 070623 VISA DDA PUR KARATE MAGEN DAVID LLC 718 2635728 * NY | 125.00 |
| 07/07 | DEBIT CARD PAYMENT, *****30117300566, AUT 070623 VISA DDA PUR NETFLIX COM NETFLIX COM * CA | 16.52 |
| 07/07 | DEBIT CARD PURCHASE, *****30117300566, AUT 070623 VISA DDA PUR BP 3006750AAA NORTHERN G WOODSIDE * NY | 25.02 |
| 07/10 | TD ATM DEBIT, *****30117300566, AUT 070723 DDA WITHDRAW 73 14 37TH AVENUE JACKSON HEIGH * NY | 20.00 |
| 07/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 070823 VISA DDA PUR 7502 LA ABUNDANCIA BAKER JACKSON HTS * NY | 5.10 |
| 07/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 070823 VISA DDA PUR HAAT BAZAAR RESTAURANT JACKSON HEIGH * NY | 13.06 |
| 07/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 070823 VISA DDA PUR BP 3006750AAA NORTHERN G WOODSIDE * NY | 25.04 |
| 07/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 070923 VISA DDA PUR NABANNO RESTAURANT JACKSON HEIGH * NY | 20.68 |
| 07/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 070923 VISA DDA PUR CITYVIEW RENTAL LLC 347 939 5440 * NY | 400.00 |
| 07/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 070923 VISA DDA PUR SISTER S PIZZA JACKSON HEIGH * NY | 8.06 |
| 07/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 070923 VISA DDA PUR LEMON FARM JACKSON HTS * NY | 17.18 |
| 07/10 | ACH DEBIT, CON ED OF NY XXXXXXXXXX ****36163810036 | 50.00 |
| 07/11 | DEBIT CARD PURCHASE, *****30117300566, AUT 071023 VISA DDA PUR BP 3006750AAA NORTHERN G WOODSIDE * NY | 25.01 |
| 07/11 | TD ATM DEBIT, *****30117300566, AUT 071123 DDA WITHDRAW 70 05 NORTHERN BLVD JACKSON HEIGH * NY | 60.00 |
| 07/12 | DEBIT CARD PURCHASE, *****30117300566, AUT 071023 VISA DDA PUR HAAT BAZAAR RESTAURANT JACKSON HEIGH * NY | 12.52 |
| 07/12 | DEBIT CARD PURCHASE, *****30117300566, AUT 071123 VISA DDA PUR VILLAGE GOURMET GROCERY NEW YORK * NY | 7.02 |
| 07/12 | DEBIT CARD PURCHASE, *****30117300566, AUT 071123 VISA DDA PUR BP 3006750AAA NORTHERN G WOODSIDE * NY | 25.00 |
| 07/12 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3RYI7MKFVSLZ7O7 | 35.00 |
| 07/13 | DEBIT CARD PURCHASE, *****30117300566, AUT 071123 VISA DDA PUR E Z PASSNY PAYMENT 800 333 8655 * NY | 100.00 |
| 07/13 | DEBIT CARD PURCHASE, *****30117300566, AUT 071123 VISA DDA PUR HAAT BAZAAR RESTAURANT JACKSON HEIGH * NY | 18.51 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOHAMED ROSHAN

Page: 6 of 10
Statement Period: Jul 24 2023-Aug 23 2023
Cust Ref #: [redacted]999-630-E-***
Primary Account #: [redacted]2999

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/07 | DEBIT POS, *****30117300566, AUT 080523 DDA PURCHASE<br>7 ELEVEN NEW YORK * NY | 5.46 |
| 08/07 | DEBIT CARD PAYMENT, *****30117300566, AUT 080623 VISA DDA PUR<br>NETFLIX COM NETFLIX COM * CA | 16.52 |
| 08/07 | DEBIT CARD PURCHASE, *****30117300566, AUT 080623 VISA DDA PUR<br>CITYVIEW RENTAL LLC 347 939 5440 * NY | 400.00 |
| 08/07 | DEBIT CARD PURCHASE, *****30117300566, AUT 080623 VISA DDA PUR<br>MCDONALD S F12266 WOODSIDE * NY | 11.51 |
| 08/07 | DEBIT CARD PURCHASE, *****30117300566, AUT 080623 VISA DDA PUR<br>MCDONALD S F2179 LONG ISLAND C * NY | 7.15 |
| 08/08 | DEBIT CARD PURCHASE, *****30117300566, AUT 080723 VISA DDA PUR<br>BOLLA 71 08 NORTHERN BLV JACKSON HEIGH * NY | 30.07 |
| 08/08 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S483FSSK0CYV6N | 25.00 |
| 08/08 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S40STIP98ADL5R | 100.00 |
| 08/08 | eTransfer Debit, Online Xfer<br>Transfer to SV 00006800767965 | 91.00 |
| 08/09 | DEBIT CARD PURCHASE, *****30117300566, AUT 080823 VISA DDA PUR<br>APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 8.48 |
| 08/09 | DEBIT CARD PURCHASE, *****30117300566, AUT 080823 VISA DDA PUR<br>BOLLA 71 08 NORTHERN BLV JACKSON HEIGH * NY | 2.46 |
| 08/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 080823 VISA DDA PUR<br>BP 7089212SPEEDCO SERVIC JACKSON HEIGH * NY | 30.01 |
| 08/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 080923 VISA DDA PUR<br>MINA BAZAAR GROCERY JACKSON HEIGH * NY | 5.98 |
| 08/10 | DEBIT CARD PURCHASE, *****30117300566, AUT 080923 VISA DDA PUR<br>FANDANGO 8668575191 * CA | 21.89 |
| 08/10 | TD ATM DEBIT, *****30117300566, AUT 081023 DDA WITHDRAW<br>188 10 HILLSIDE AVE HOLLIS * NY | 200.00 |
| 08/11 | DEBIT CARD PURCHASE, *****30117300566, AUT 080923 VISA DDA PUR<br>LAZ PARKING 590800S JAMAICA * NY | 7.00 |
| 08/11 | DEBIT CARD PURCHASE, *****30117300566, AUT 081023 VISA DDA PUR<br>BP 3527539GULYANA INC QUEENS VILLAG * NY | 30.01 |
| 08/11 | TD ATM DEBIT, *****30117300566, AUT 081123 DDA WITHDRAW<br>73 14 37TH AVENUE JACKSON HEIGH * NY | 10.00 |
| 08/11 | ELECTRONIC PMT-WEB, UALETT CABICASH UALETT CAB I9XRRBZ77 | 83.87 |
| 08/14 | DEBIT CARD PURCHASE, *****30117300566, AUT 081023 VISA DDA PUR<br>E Z PASSNY PAYMENT 800 333 8655 * NY | 50.52 |
| 08/14 | DEBIT CARD PURCHASE, *****30117300566, AUT 081023 VISA DDA PUR<br>HAAT BAZAAR RESTAURANT JACKSON HEIGH * NY | 3.27 |
| 08/14 | DEBIT CARD PURCHASE, *****30117300566, AUT 081123 VISA DDA PUR<br>BP 3006750AAA NORTHERN G WOODSIDE * NY | 25.01 |
| 08/14 | DEBIT CARD PURCHASE, *****30117300566, AUT 081123 VISA DDA PUR<br>DUNKIN 356578 EATONTOWN * NJ | 7.43 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOHAMED ROSHAN

Page: 7 of 10
Statement Period: Jul 24 2023-Aug 23 2023
Cust Ref #: [redacted]2999-630-E-***
Primary Account #: [redacted]2999

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/14 | DEBIT CARD PURCHASE, *****30117300566, AUT 081123 VISA DDA PUR BP 8235707BSH FUEL INC OLD BRIDGE * NJ | 30.01 |
| 08/14 | DEBIT CARD PURCHASE, *****30117300566, AUT 081123 VISA DDA PUR CITYVIEW RENTAL LLC 347 939 5440 * NY | 400.00 |
| 08/14 | DEBIT CARD PURCHASE, *****30117300566, AUT 081223 VISA DDA PUR THE HOME DEPOT 6844 E ELMHURST * NY | 16.88 |
| 08/14 | DEBIT POS, *****30117300566, AUT 081223 DDA PURCHASE THE HOME DEPOT 6844 E ELMHURST * NY | 15.75 |
| 08/14 | DEBIT POS, *****30117300566, AUT 081223 DDA PURCHASE THE HOME DEPOT 6844 E ELMHURST * NY | 20.96 |
| 08/14 | DEBIT CARD PURCHASE, *****30117300566, AUT 081223 VISA DDA PUR E Z PASSNY PAYMENT 800 333 8655 * NY | 50.00 |
| 08/14 | eTransfer Debit, Online Xfer Transfer to SV 00006800767965 | 100.00 |
| 08/14 | DEBIT CARD PURCHASE, *****30117300566, AUT 081323 VISA DDA PUR ONLINECERTIFIEDMAIL CO HTTPSWWW ONLI * AZ | 9.49 |
| 08/14 | DEBIT CARD PURCHASE, *****30117300566, AUT 081323 VISA DDA PUR BP 3006750AAA NORTHERN G WOODSIDE * NY | 30.03 |
| 08/14 | TD ATM DEBIT, *****30117300566, AUT 081423 DDA WITHDRAW 122 GREENWICH AVE NEW YORK * NY | 15.00 |
| 08/14 | DEBIT POS, *****30117300566, AUT 081423 DDA PURCHASE BP 7089212SPEED JACKSON HEIGH * NY | 6.00 |
| 08/14 | ELECTRONIC PMT-WEB, SPECTRUM SPECTRUM 5034047 | 68.93 |
| 08/14 | ACH DEBIT, GEICO PREM COLL ****933768 | 110.51 |
| 08/14 | DEBIT POS, *****30117300566, AUT 081423 DDA PURCHASE 7 ELEVEN NEWARK * NJ | 5.18 |
| 08/14 | DEBIT POS, *****30117300566, AUT 081423 DDA PURCHASE THE HOME DEPOT 6844 E ELMHURST * NY | 24.48 |
| 08/15 | DEBIT CARD PURCHASE, *****30117300566, AUT 081423 VISA DDA PUR BP 7089212SPEEDCO SERVIC JACKSON HEIGH * NY | 20.01 |
| 08/15 | DEBIT CARD PURCHASE, *****30117300566, AUT 081423 VISA DDA PUR MINA BAZAAR GROCERY JACKSON HEIGH * NY | 8.97 |
| 08/15 | ELECTRONIC PMT-WEB, T-MOBILE HANDSET 5199358 | 80.24 |
| 08/15 | ACH DEBIT, CON ED OF NY XXXXXXXXXX ****36163810036 | 87.67 |
| 08/16 | DEBIT CARD PURCHASE, *****30117300566, AUT 081523 VISA DDA PUR MACH BAZAR JACKSON HTS * NY | 11.19 |
| 08/16 | DEBIT CARD PURCHASE, *****30117300566, AUT 081523 VISA DDA PUR MINA BAZAAR GROCERY JACKSON HEIGH * NY | 7.49 |
| 08/16 | TD ZELLE SENT, 322800L03FVR Zelle ARMAS GROUP NYC | 150.00 |
| 08/16 | TD ATM DEBIT, *****30117300566, AUT 081623 DDA WITHDRAW 70 05 NORTHERN BLVD JACKSON HEIGH * NY | 10.00 |
| 08/16 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3S5W0BRRCOZ5TAV | 25.00 |
| 08/17 | DEBIT CARD PURCHASE, *****30117300566, AUT 081623 VISA DDA PUR DUNKIN 304823 Q35 FLUSHING * NY | 8.36 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOHAMED ROSHAN


Statement Period: Sep 24 2023-Oct 23 2023
Cust Ref #: [redacted]999-630-E-***
Primary Account #: [redacted]2999

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/12 | DBCRD PUR AP, *****30117300566, AUT 101023 VISA DDA PUR AP PREMIUM SUPERMARKET JACKSON HEIGH * NY | 5.25 |
| 10/12 | DBCRD PUR AP, *****30117300566, AUT 101123 VISA DDA PUR AP BP 3527539GULYANA INC QUEENS VILLAG * NY | 25.29 |
| 10/12 | ELECTRONIC PMT-WEB, T-MOBILE HANDSET 1611351 | 50.00 |
| 10/12 | DEBIT POS AP, *****30117300566, AUT 101223 DDA PURCHASE AP BOLLA 71 7108 NORTHER JACKSON HEIGH * NY | 3.31 |
| 10/13 | DBCRD PUR AP, *****30117300566, AUT 101223 VISA DDA PUR AP BP 3006750AAA NORTHERN G WOODSIDE * NY | 24.99 |
| 10/13 | ELECTRONIC PMT-WEB, UALETT CABICASH UALETT CAB I6B9KG6RB | 106.75 |
| 10/13 | ACH DEBIT, GEICO PREM COLL ****216728 | 110.51 |
| 10/16 | DBCRD PUR AP, *****30117300566, AUT 101323 VISA DDA PUR AP MINA BAZAAR GROCERY JACKSON HEIGH * NY | 11.99 |
| 10/16 | DBCRD PUR AP, *****30117300566, AUT 101323 VISA DDA PUR AP MINA BAZAAR GROCERY JACKSON HEIGH * NY | 7.99 |
| 10/16 | DBCRD PUR AP, *****30117300566, AUT 101323 VISA DDA PUR AP BP 3006750AAA NORTHERN G WOODSIDE * NY | 29.99 |
| 10/16 | DBCRD PUR AP, *****30117300566, AUT 101423 VISA DDA PUR AP BP 3006750AAA NORTHERN G WOODSIDE * NY | 25.02 |
| 10/16 | DBCRD PUR AP, *****30117300566, AUT 101523 VISA DDA PUR AP REALTOR ASSOCIATION MLS 312 329 8245 * IL | 551.00 |
| 10/16 | TD ATM DEBIT AP, *****30117300566, AUT 101523 DDA WITHDRAW AP 73 14 37TH AVENUE JACKSON HTS * NY | 20.00 |
| 10/16 | DEBIT POS AP, *****30117300566, AUT 101523 DDA PURCHASE AP FOODTOWN 622 JACKSON HTS * NY | 13.67 |
| 10/16 | TD ATM DEBIT AP, *****30117300566, AUT 101623 DDA WITHDRAW AP 73 14 37TH AVENUE JACKSON HTS * NY | 70.00 |
| 10/16 | TD ATM DEBIT AP, *****30117300566, AUT 101623 DDA WITHDRAW AP 70 05 NORTHERN BLVD JACKSON HEIGH * NY | 50.00 |
| 10/17 | DBCRD PUR AP, *****30117300566, AUT 101623 VISA DDA PUR AP BP 3006750AAA NORTHERN G WOODSIDE * NY | 40.08 |
| 10/17 | DBCRD PUR AP, *****30117300566, AUT 101623 VISA DDA PUR AP CITYVIEW RENTAL LLC 347 939 5440 * NY | 425.00 |
| 10/17 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3SIRDTKCF4ZBATZ | 25.00 |
| 10/17 | ACH DEBIT, TREASURY DIRECT TREAS DRCT J****99020IAAAA | 25.00 |
| 10/17 | ACH DEBIT, PLANET FIT CLUB FEES ****901515277 | 26.16 |
| 10/18 | DBCRD PUR AP, *****30117300566, AUT 101623 VISA DDA PUR AP E Z PASSNY PAYMENT 800 333 8655 * NY | 50.00 |
| 10/18 | TD ZELLE SENT, 329100L0GCZ0 Zelle MOHAMED ALAVI | 250.00 |
| 10/19 | DBCRD PUR AP, *****30117300566, AUT 101823 VISA DDA PUR AP BP 66321036M HOLDINGS IN BROOKLYN * NY | 40.20 |
| 10/19 | DBCRD PUR AP, *****30117300566, AUT 101823 VISA DDA PUR AP IGNORANCEBEGONE HTTPSSTAN STO * CO | 11.11 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOHAMED ROSHAN

Page: 6 of 8
Statement Period: Oct 24 2023-Nov 23 2023
Cust Ref #: [redacted]999-630-E-***
Primary Account #: [redacted]2999

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/07 | DBCRD PUR AP, *****30117300566, AUT 110523 VISA DDA PUR AP MACH BAZAR JACKSON HTS * NY | 12.47 |
| 11/07 | DBCRD PMT AP, *****30117300566, AUT 110623 VISA DDA PUR AP GUMRD COM PATHS2FRDM HTTPSGUMROAD * CA | 88.88 |
| 11/07 | DBCRD PUR AP, *****30117300566, AUT 110623 VISA DDA PUR AP NEW MAMAS HALAL MEAT AND QUEENS * NY | 10.13 |
| 11/07 | DBCRD PUR AP, *****30117300566, AUT 110623 VISA DDA PUR AP APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 3.58 |
| 11/07 | DBCRD PMT AP, *****30117300566, AUT 110623 VISA DDA PUR AP GUMRD COM PATHS2FRDM HTTPSGUMROAD * CA | 111.11 |
| 11/08 | DBCRD PUR AP, *****30117300566, AUT 110623 VISA DDA PUR AP E Z PASSNY PAYMENT 800 333 8655 * NY | 25.00 |
| 11/08 | DBCRD PUR AP, *****30117300566, AUT 110623 VISA DDA PUR AP E Z PASSNY PAYMENT 800 333 8655 * NY | 50.00 |
| 11/08 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3SNM8GHYWUUCAJJ | 25.00 |
| 11/09 | DBCRD PUR AP, *****30117300566, AUT 110823 VISA DDA PUR AP BP 3006750AAA NORTHERN G WOODSIDE * NY | 33.90 |
| 11/09 | DBCRD PUR AP, *****30117300566, AUT 110823 VISA DDA PUR AP NYC DRIVERS INSTITUTE 718 2559500 * NY | 150.00 |
| 11/09 | DBCRD PUR AP, *****30117300566, AUT 110823 VISA DDA PUR AP ON THE RUN FOOD TRUCK NEW YORK * NY | 7.08 |
| 11/10 | DBCRD PUR AP, *****30117300566, AUT 110923 VISA DDA PUR AP S A STORES 20 QUEENS VILLAG * NY | 1.08 |
| 11/10 | DBCRD PUR AP, *****30117300566, AUT 110923 VISA DDA PUR AP NEW MAMAS HALAL MEAT AND QUEENS * NY | 9.43 |
| 11/10 | DBCRD PUR AP, *****30117300566, AUT 110923 VISA DDA PUR AP APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 6.67 |
| 11/10 | DBCRD PUR AP, *****30117300566, AUT 110923 VISA DDA PUR AP APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 20.98 |
| 11/10 | ELECTRONIC PMT-WEB, UALETT CABICASH UALETT CAB IBA2KWJ5A | 106.75 |
| 11/13 | DBCRD PUR AP, *****30117300566, AUT 110923 VISA DDA PUR AP MACH BAZAR JACKSON HTS * NY | 2.99 |
| 11/13 | DEBIT POS AP, *****30117300566, AUT 111123 DDA PURCHASE AP APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 14.94 |
| 11/13 | DBCRD PUR AP, *****30117300566, AUT 111123 VISA DDA PUR AP PREMIUM SUPERMARKET JACKSON HEIGH * NY | 1.51 |
| 11/13 | DBCRD PUR AP, *****30117300566, AUT 111123 VISA DDA PUR AP BP 3006750AAA NORTHERN G WOODSIDE * NY | 35.50 |
| 11/13 | DBCRD PUR AP, *****30117300566, AUT 111223 VISA DDA PUR AP BP 3006750AAA NORTHERN G WOODSIDE * NY | 34.50 |
| 11/13 | DBCRD PUR AP, *****30117300566, AUT 111223 VISA DDA PUR AP MINA BAZAAR GROCERY JACKSON HEIGH * NY | 12.00 |
| 11/13 | TD ZELLE SENT, MOHAMED ROSHAN RECEIVER ****794297 | 1.00 |
| 11/13 | ELECTRONIC PMT-WEB, T-MOBILE HANDSET 0538855 | 50.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOHAMED ROSHAN

Page: 7 of 8
Statement Period: Oct 24 2023-Nov 23 2023
Cust Ref #: [redacted]2999-630-E-***
Primary Account #: [redacted]2999

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13 | ACH DEBIT, GEICO PREM COLL ****007815 | 110.51 |
| 11/13 | DEBIT POS AP, *****30117300566, AUT 111323 DDA PURCHASE AP USPS PO 3 1 HANOVER ST NEW YORK * NY | 55.60 |
| 11/14 | DBCRD PUR AP, *****30117300566, AUT 111323 VISA DDA PUR AP CITYVIEW RENTAL LLC 347 939 5440 * NY | 420.00 |
| 11/14 | DBCRD PUR AP, *****30117300566, AUT 111323 VISA DDA PUR AP NEW MAMAS HALAL MEAT AND QUEENS * NY | 10.13 |
| 11/14 | DBCRD PUR AP, *****30117300566, AUT 111323 VISA DDA PUR AP APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 5.87 |
| 11/14 | DBCRD PUR AP, *****30117300566, AUT 111323 VISA DDA PUR AP APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 7.16 |
| 11/15 | DBCRD PUR AP, *****30117300566, AUT 111323 VISA DDA PUR AP PREMIUM SUPERMARKET JACKSON HEIGH * NY | 4.03 |
| 11/15 | DBCRD PUR AP, *****30117300566, AUT 111423 VISA DDA PUR AP BP 3006750AAA NORTHERN G WOODSIDE * NY | 35.62 |
| 11/15 | CCD DEBIT, CON ED OF NY CECONY ****3850007 | 50.00 |
| 11/16 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3SPAXX5100RR8GN | 25.00 |
| 11/17 | DBCRD PUR AP, *****30117300566, AUT 111723 VISA DDA PUR AP TACOS LA ISLA NYC 120 28901382 * VA | 13.08 |
| 11/17 | ELECTRONIC PMT-WEB, UALETT CABICASH UALETT CAB INRWO9JYZ | 106.75 |
| 11/17 | ACH DEBIT, PLANET FIT CLUB FEES ****001480531 | 26.16 |
| 11/17 | TD ATM DEBIT AP, *****30117300566, AUT 111723 DDA WITHDRAW AP 70 05 NORTHERN BLVD JACKSON HEIGH * NY | 20.00 |
| 11/20 | DBCRD PUR AP, *****30117300566, AUT 111723 VISA DDA PUR AP BP 3503026DITMAS CONEY BROOKLYN * NY | 39.30 |
| 11/20 | DBCRD PUR AP, *****30117300566, AUT 111723 VISA DDA PUR AP CITYVIEW RENTAL LLC 347 939 5440 * NY | 200.00 |
| 11/20 | DBCRD PUR AP, *****30117300566, AUT 111723 VISA DDA PUR AP BP 3006750AAA NORTHERN G WOODSIDE * NY | 25.06 |
| 11/20 | DBCRD PUR AP, *****30117300566, AUT 111823 VISA DDA PUR AP APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 8.25 |
| 11/20 | DBCRD PUR AP, *****30117300566, AUT 111823 VISA DDA PUR AP APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 8.31 |
| 11/20 | DBCRD PUR AP, *****30117300566, AUT 111923 VISA DDA PUR AP SQ THE HINDU TEMPLE SOC QUEENS * NY | 21.28 |
| 11/20 | ELECTRONIC PMT-WEB, T-MOBILE HANDSET 2621071 | 63.13 |
| 11/21 | DBCRD PUR AP, *****30117300566, AUT 112023 VISA DDA PUR AP BP 3006750AAA NORTHERN G WOODSIDE * NY | 43.23 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOHAMED ROSHAN

Page: 5 of 6
Statement Period: Nov 24 2023-Dec 23 2023
Cust Ref #: [redacted]2999-630-E-***
Primary Account #: [redacted]2999

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | DBCRD PUR AP, *****30117300566, AUT 120223 VISA DDA PUR AP PREMIUM SUPERMARKET JACKSON HEIGH * NY | 3.43 |
| 12/04 | DBCRD PUR AP, *****30117300566, AUT 120323 VISA DDA PUR AP BP 3006750AAA NORTHERN G WOODSIDE * NY | 33.11 |
| 12/04 | DEBIT POS AP, *****30117300566, AUT 120323 DDA PURCHASE AP SHOPRITE 20TH AVE S1 COLLEGE POINT * NY | 40.49 |
| 12/04 | ACH DEBIT, AUTOPMT ASPIREMC PAYMENT ****14006403812 | 57.81 |
| 12/05 | DBCRD PUR AP, *****30117300566, AUT 120423 VISA DDA PUR AP CITYVIEW RENTAL LLC 347 939 5440 * NY | 420.00 |
| 12/06 | DBCRD PUR AP, *****30117300566, AUT 120523 VISA DDA PUR AP APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 12.34 |
| 12/06 | TD ATM DEBIT AP, *****30117300566, AUT 120623 DDA WITHDRAW AP 94 15 NORTHERN AVE JACKSON HTS * NY | 180.00 |
| 12/07 | DBCRD PMT AP, *****30117300566, AUT 120623 VISA DDA PUR AP NETFLIX COM NETFLIX COM * CA | 16.52 |
| 12/07 | TD ATM DEBIT AP, *****30117300566, AUT 120623 DDA WITHDRAW AP 94 15 NORTHERN AVE JACKSON HTS * NY | 50.00 |
| 12/07 | TD ATM DEBIT AP, *****30117300566, AUT 120623 DDA WITHDRAW AP 94 15 NORTHERN AVE JACKSON HTS * NY | 5.00 |
| 12/07 | TD ATM DEBIT AP, *****30117300566, AUT 120723 DDA WITHDRAW AP 94 15 NORTHERN AVENUE JACKSON HEIGH * NY | 80.00 |
| 12/08 | DBCRD PUR AP, *****30117300566, AUT 120723 VISA DDA PUR AP BP 3527539GULYANA INC QUEENS VILLAG * NY | 44.95 |
| 12/08 | DBCRD PUR AP, *****30117300566, AUT 120723 VISA DDA PUR AP PAK LAHORI CHILLI INC BROOKLYN * NY | 6.53 |
| 12/08 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3STY52XR9N4GHUN | 25.00 |
| 12/08 | TD ATM DEBIT AP, *****30117300566, AUT 120823 DDA WITHDRAW AP 73 14 37TH AVENUE JACKSON HTS * NY | 10.00 |
| 12/11 | DBCRD PUR AP, *****30117300566, AUT 120823 VISA DDA PUR AP PREMIUM SUPERMARKET JACKSON HEIGH * NY | 7.29 |
| 12/11 | DBCRD PUR AP, *****30117300566, AUT 120823 VISA DDA PUR AP NJ MOTOR VEHICLE PAY EGOV COM * NJ | 25.05 |
| 12/11 | DBCRD PUR AP, *****30117300566, AUT 121023 VISA DDA PUR AP BP 3006750AAA NORTHERN G WOODSIDE * NY | 44.17 |
| 12/11 | DEBIT POS AP, *****30117300566, AUT 121123 DDA PURCHASE AP APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 5.83 |
| 12/12 | DBCRD PUR AP, *****30117300566, AUT 121023 VISA DDA PUR AP DESI DELI NEW YORK * NY | 10.73 |
| 12/12 | DBCRD PUR AP, *****30117300566, AUT 121123 VISA DDA PUR AP CITYVIEW RENTAL LLC 347 939 5440 * NY | 420.00 |
| 12/12 | DBCRD PUR AP, *****30117300566, AUT 121123 VISA DDA PUR AP NEW MAMAS HALAL MEAT AND QUEENS * NY | 11.08 |
| 12/13 | DBCRD PUR AP, *****30117300566, AUT 121123 VISA DDA PUR AP PREMIUM SUPERMARKET JACKSON HEIGH * NY | 8.19 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOHAMED ROSHAN

Page: 6 of 6
Statement Period: Nov 24 2023-Dec 23 2023
Cust Ref #: [redacted]999-630-E-***
Primary Account #: [redacted]2999

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/13 | ACH DEBIT, GEICO PREM COLL ****993166 | 110.50 |
| 12/18 | DBCRD PUR AP, *****30117300566, AUT 121523 VISA DDA PUR AP BP 3006750AAA NORTHERN G WOODSIDE * NY | 37.68 |
| 12/18 | TD ZELLE SENT, 335100I0I5JJ Zelle MOHAMED ROSHAN | 60.00 |
| 12/18 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3SVMTY46CG8255J | 25.00 |
| 12/18 | ACH DEBIT, PLANET FIT CLUB FEES ****901346040 | 26.16 |
| 12/18 | ELECTRONIC PMT-WEB, T-MOBILE HANDSET 1712319 | 50.00 |
| 12/20 | CCD DEBIT, CON ED OF NY CECONY ****3850007 | 57.00 |
| 12/21 | DBCRD PUR AP, *****30117300566, AUT 122023 VISA DDA PUR AP BP 3006750AAA NORTHERN G WOODSIDE * NY | 27.73 |
| 12/21 | DBCRD PUR AP, *****30117300566, AUT 122023 VISA DDA PUR AP APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 7.89 |
| 12/21 | ELECTRONIC PMT-WEB, ASPIRE MC PMT EPAY ASPIRE MC PMT | 150.00 |
| 12/22 | DBCRD PUR AP, *****30117300566, AUT 122123 VISA DDA PUR AP BP 3006750AAA NORTHERN G WOODSIDE * NY | 29.99 |
| 12/22 | DBCRD PUR AP, *****30117300566, AUT 122123 VISA DDA PUR AP APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 4.99 |
| 12/22 | ELECTRONIC PMT-WEB, EZPNYPMENT EZPNYPMENT 3292816 | 20.00 |
| | Subtotal: | 4,378.06 |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/22 | MAINTENANCE FEE | 15.00 |
| | Subtotal: | 15.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/23 | 523.22 | 12/11 | 420.87 |
| 11/24 | 109.93 | 12/12 | 14.84 |
| 11/27 | 41.57 | 12/13 | -37.85 |
| 11/28 | 105.61 | 12/14 | 1.78 |
| 11/30 | 40.66 | 12/15 | 14.75 |
| 12/01 | 83.58 | 12/18 | -45.57 |
| 12/04 | 404.15 | 12/19 | 44.68 |
| 12/05 | 19.55 | 12/20 | 41.33 |
| 12/06 | 77.21 | 12/21 | 270.37 |
| 12/07 | 109.96 | 12/22 | 200.39 |
| 12/08 | 23.48 | | |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Payments for 2024

Page: 5 of 8
Statement Period: Nov 24 2024-Dec 23 2024
Cust Ref #: [redacted]999-630-E-***
Primary Account #: [redacted]2999

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/06 | ELECTRONIC PMT-WEB, ROBINHOOD DEBITS ****60570 | 20.00 |
| 12/09 | DBCRD PUR AP, *****30117300566, AUT 120524 VISA DDA PUR AP BP 7089212SPEEDCO SERVIC JACKSON HEIGH * NY | 25.04 |
| 12/09 | DBCRD PUR AP, *****30117300566, AUT 120624 VISA DDA PUR AP MACH BAZAR JACKSON HTS * NY | 13.07 |
| 12/09 | DBCRD PUR AP, *****30117300566, AUT 120624 VISA DDA PUR AP MTA NYCT PAYGO NEW YORK * NY | 2.90 |
| 12/09 | DBCRD PUR AP, *****30117300566, AUT 120724 VISA DDA PUR AP MTA NYCT PAYGO NEW YORK * NY | 2.90 |
| 12/09 | DBCRD PUR AP, *****30117300566, AUT 120724 VISA DDA PUR AP BP 3006750AAA NORTHERN G WOODSIDE * NY | 27.72 |
| 12/09 | DBCRD PUR AP, *****30117300566, AUT 120724 VISA DDA PUR AP MITCHELL MARKET NEW YORK * NY | 20.06 |
| 12/09 | TD ZELLE SENT, 434300A08BFI Zelle MOHAMED ARIZ | 400.00 |
| 12/09 | TD ZELLE SENT, 434300I02MVJ Zelle MOHAMED ARIZ | 10.00 |
| 12/09 | ELECTRONIC PMT-TEL, T-MOBILE FDC PAYMEN 6061939 | 66.35 |
| 12/09 | ELECTRONIC PMT-WEB, EZPNYPMENT EZPNYPMENT 6620195 | 25.00 |
| 12/09 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3YOTE2SL1W0ZXWF | 26.00 |
| 12/10 | DBCRD PUR AP, *****30117300566, AUT 120824 VISA DDA PUR AP MACH BAZAR JACKSON HTS * NY | 13.07 |
| 12/17 | DBCRD PUR AP, *****30117300566, AUT 121624 VISA DDA PUR AP MINA BAZAAR GROCERY JACKSON HEIGH * NY | 12.09 |
| 12/17 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3YOTE3SJ0EGK1W7 | 20.00 |
| 12/17 | ELECTRONIC PMT-WEB, EZPNYPMENT EZPNYPMENT 0019163 | 25.00 |
| 11/08 | DBCRD PUR AP, *****30117300566, AUT 110724 VISA DDA PUR AP BP 3006750AAA NORTHERN G WOODSIDE * NY | 30.19 |
| 11/08 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3YI8GPNQEYQUPGF | 56.00 |
| 11/12 | DBCRD PUR AP, *****30117300566, AUT 110724 VISA DDA PUR AP AUNTIE ANNES NY293 CB ELMHURST * NY | 7.39 |
| 11/18 | DBCRD PUR AP, *****30117300566, AUT 111724 VISA DDA PUR AP MINA BAZAAR GROCERY JACKSON HEIGH * NY | 11.49 |
| 11/18 | TD ZELLE SENT, 432200N0CZW5 Zelle MOHAMED ARIZ | 27.00 |
| 11/18 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3YI8GQNCW0TND07 | 20.00 |
| 11/18 | ELECTRONIC PMT-WEB, EZPNYPMENT EZPNYPMENT 9083447 | 25.00 |
| 10/16 | DBCRD PUR AP, *****30117300566, AUT 101524 VISA DDA PUR AP KEY FOODS 2559 EAST ELMHURST * NY | 21.76 |
| 10/16 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3YE0GKDCBACNL3R | 25.00 |
| 10/16 | ELECTRONIC PMT-WEB, EZPNYPMENT EZPNYPMENT 8160815 | 25.00 |
| 10/22 | DBCRD PUR AP, *****30117300566, AUT 102124 VISA DDA PUR AP NEW MAMAS HALAL MEAT AND QUEENS * NY | 9.88 |
| 10/22 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3YFAD2MC5OVHLJZ | 20.00 |
| 10/23 | DBCRD PUR AP, *****30117300566, AUT 102224 VISA DDA PUR AP MINA BAZAAR GROCERY JACKSON HEIGH * NY | 16.48 |

| | | |
|---|---|---|
| | APNA BAZAR CASH CARRY JACKSON HEIGH NY | |
| 09/16 | DBCRD PMT AP, *****30117300566, AUT 091524 VISA DDA PUR AP<br>GOOGLE YOUTUBE G CO HELPPAY * CA | 99.99 |
| 09/16 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3Y7GX5MDVMU6BO7 | 25.00 |
| 09/16 | ELECTRONIC PMT-WEB, EZPNYPMENT EZPNYPMENT 7945253 | 25.00 |
| 09/17 | DBCRD PUR AP, *****30117300566, AUT 091624 VISA DDA PUR AP<br>APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 13.46 |
| 09/18 | DBCRD PUR AP, *****30117300566, AUT 091624 VISA DDA PUR AP<br>MACH BAZAR JACKSON HEIGH * NY | 10.00 |
| 09/18 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3Y83V0ZSLPSI4BJ | 25.00 |
| 09/19 | DBCRD PUR AP, *****30117300566, AUT 091724 VISA DDA PUR AP<br>SYNCB PAYMENT 800 541 9049 * GA | 40.00 |
| | BP 30067500AAA NORTHERN G WOODSIDE * NY | |
| 05/08 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3XG1BI22NQ01YSF | 25.00 |
| 05/08 | TD ZELLE SENT, 41290010LFNE Zelle MOHAMED ALAVI | 1.00 |
| 05/16 | TD ZELLE SENT, 413700P0BKIF Zelle MOHAMED ROSHAN | 50.00 |
| 05/16 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3XHQ70Y6IYAMXSN | 25.00 |
| 05/16 | TD ATM DEBIT AP, *****30117300566, AUT 051624 DDA WITHDRAW AP<br>73 14 37TH AVENUE JACKSON HEIGH * NY | 10.00 |
| 04/08 | ELECTRONIC PMT-TEL, T-MOBILE FDC PAYMEN 5693562 | 132.41 |
| 04/09 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3X9PEIQYHHI9CNZ | 25.00 |
| 04/10 | DBCRD PUR AP, *****30117300566, AUT 040824 VISA DDA PUR AP<br>DELICIAS CALENAS 2 JACKSON HEIGH * NY | 11.96 |
| | 73 14 37TH AVENUE JACKSON HEIGH * NY | |
| 04/16 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3XBE97H6I6NHIFR | 25.00 |
| 04/17 | DBCRD PUR AP, *****30117300566, AUT 041524 VISA DDA PUR AP<br>MTA NYCT PAYGO NEW YORK * NY | 2.90 |
| 03/08 | DBCRD PUR AP, *****30117300566, AUT 030724 VISA DDA PUR AP<br>MINA BAZAAR GROCERY JACKSON HEIGH * NY | 12.97 |
| 03/08 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3X35VWXXJJUPYSF | 25.00 |
| 03/08 | ELECTRONIC PMT-WEB, UALETT CABICASH UALETT CAB IAMMX7LXE | 141.17 |
| 03/08 | ELECTRONIC PMT-WEB, EZPNYPMENT EZPNYPMENT 6649706 | 50.00 |
| 02/07 | ELECTRONIC PMT-WEB, EZPNYPMENT EZPNYPMENT 7251417 | 100.00 |
| 02/08 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3WX1K6NO2QDPLJZ | 25.00 |
| 02/16 | TD ATM DEBIT AP, *****30117300566, AUT 021624 DDA WITHDRAW AP<br>73 14 37TH AVENUE JACKSON HTS * NY | 50.00 |
| 02/16 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3WYQEUC186SFJX3 | 25.00 |
| 02/16 | ELECTRONIC PMT-WEB, T-MOBILE HANDSET 9619495 | 112.41 |
| 06/17 | TD ZELLE SENT, 416900L07TML Zelle MOHAMED ROSHAN | 55.55 |
| 06/17 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3XO9MT70T02O97B | 25.00 |
| 06/17 | TD ATM DEBIT AP, *****30117300566, AUT 061724 DDA WITHDRAW AP<br>73 14 37TH AVENUE JACKSON HTS * NY | 20.00 |
| 06/10 | TD ATM DEBIT AP, *****30117300566, AUT 061024 DDA WITHDRAW AP<br>73 14 37TH AVENUE JACKSON HTS * NY | 40.00 |
| 06/10 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3XMKU17BLHNY7OF | 25.00 |
| 06/10 | ELECTRONIC PMT-WEB, EZPNYPMENT EZPNYPMENT 5809243 | 50.00 |
| 01/08 | ELECTRONIC PMT-TEL, T-MOBILE FDC PAYMEN 7788022 | 32.41 |
| 01/09 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3WQI0NNXOEVBL27 | 25.00 |
| 01/11 | DBCRD PUR AP, *****30117300566, AUT 011024 VISA DDA PUR AP<br>M J NAVY YARD SUB SHOPPE BROOKLYN * NY | 9.62 |
| 01/16 | ACH DEBIT, GEICO PREM COLL ****247507 | 114.36 |
| 01/16 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3WS6VGAO4R9SXP3 | 25.00 |
| 01/16 | ELECTRONIC PMT-WEB, EZPNYPMENT EZPNYPMENT 0537401 | 100.00 |

## Payments for 2025

| | | |
|---|---|---|
| 01/07 | ACH DEBIT, KOHL'S CHG PYMT 99417503 | 49.28 |
| 01/08 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 42LJK1HPUWAW40V | 25.00 |
| 01/10 | DBCRD PUR AP, *****30117300566, AUT 010925 VISA DDA PUR AP<br>NEW MAMAS HALAL MEAT AND JACKSON HTS * NY | 9.53 |
| 02/18 | ACH DEBIT, TREASURY DIRECT TREAS DRCT J****99020IAAAB | 99.67 |
| 02/18 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 42S4M1ZYP17KDXZ | 10.00 |
| 02/18 | ACH DEBIT, PLANET FITNESS J ICLUB FEES PR****501329931 | 26.16 |
| 02/19 | DBCRD PUR AP, *****30117300566, AUT 021725 VISA DDA PUR AP<br>MACH BAZAR JACKSON HTS * NY | 24.18 |
| 03/10 | DBCRD PUR AP, *****30117300566, AUT 030925 VISA DDA PUR AP<br>APNA BAZAR CASH CARRY JACKSON HEIGH * NY | 8.49 |
| 03/10 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 42XD0M0JVSP4Q5B | 10.00 |
| 03/11 | DBCRD PUR AP, *****30117300566, AUT 030925 VISA DDA PUR AP<br>7 ELEVEN 39222 LONG ISLAND C * NY | 4.34 |
| 03/17 | DBCRD PUR AP, *****30117300566, AUT 031625 VISA DDA PUR AP<br>NYS DOS UCC 518 486 5049 518 4744478 * NY | 20.00 |
| 03/17 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 42XD0L4R86IQUFR | 10.00 |
| 03/17 | ACH DEBIT, PLANET FITNESS J ICLUB FEES PR****300989555 | 26.16 |
| 04/08 | DBCRD PUR AP, *****30117300566, AUT 040725 VISA DDA PUR AP<br>KEY FOODS 2559 EAST ELMHURST * NY | 5.99 |
| 04/08 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 433Y09NAQJNEDEN | 25.00 |
| 04/08 | ELECTRONIC PMT-TEL, T-MOBILE HANDSET 1103097 | 132.70 |
| 04/09 | DBCRD PUR AP, *****30117300566, AUT 040825 VISA DDA PUR AP | 18.96 |

# EXHIBIT H

THOMAS P. DiNAPOLI
STATE COMPTROLLER

110 STATE STREET
ALBANY, NEW YORK, 12236

STATE OF NEW YORK

OFFICE OF THE STATE COMPTROLLER

OFFICE OF UNCLAIMED FUNDS

# CLAIM INFORMATION AFFIDAVIT

**Part A.** This affidavit must be completed by the Reporting Organization and notarized. The information below must come from the final report verification and checklist submitted to this office.

On (1) September 13th, 20 23, we (2) Mohamed Roshan remitted abandoned property reported in the amount of (3)$ 503.85, receipt # ______ to the Office of Unclaimed Funds, for the period ending (4) 09/15/2023. In this report, on tape sequence or diskette counter number (5)____ (OR) page ______ and line ______ was the following property:

(PLEASE COMPLETE THE APPROPRIATE SECTION – SEE REVERSE SIDE FOR ADDITIONAL DETAILS)

**CASH AMOUNTS REPORTED**

cash amount (6) $ ______, representing property type (7) ______, reported in the name of (8) ______.

(9) ______ is entitled to the amount of (10) $ ______

**BOND AMOUNTS REPORTED**

the amount (11) $ 503.85, representing property type (12) credit card, for bond issue(13) 5178059483796315,

bond/coupon number(s)(14) 0503850025000025002 with a face value of (15) $ 503.85 per bond/coupon.

This bond(s) had an early redemption with a due date of(16) ______ and a value of (17)$ ______ per bond.

The bond was reported in the name of (18) Mohamed Roshan. (19) Mohamed Roshan is entitled to the amount of (20) $ 503.85.

Print Preparer's Name: MOHAMED ROSHAN (PLEASE PRINT NAME) Preparer's Signature: [signature]

Employer Tax Identification Number: [redacted] Daytime Telephone Number: ( 347 ) 553-8886

FEROZ HOSSAIN
Notary Public - State of New York
NO. 01HO6413042
Qualified in Queens County
My Commission Expires Jan 19, 2029

Sworn to before me this 22
day of May, 20 25
Notary Public: [signature]

**Part B.** Must be completed by the person entitled to these funds and notarized.

In consideration of the payment, I/we will save the State Comptroller and the State of New York from any loss due to such payment. Under penalty of perjury, I certify that the information on this affidavit is true and correct and that the number shown on this affidavit is the correct Taxpayer Identification Number.

Signature: [signature] Tax Identification Number: 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

Present Address 210-20 Hillside Avenue, Queens village, NY, 11427

Daytime Telephone Number: ( 347 ) 553-8886

Email Address (Optional)* MOHAMEDROSHAN10019@YAHOO.COM

Sworn to before me this 22
day of May, 20 25
Notary Public: [signature]

FEROZ HOSSAIN
Notary Public - State of New York
NO. 01HO6413042
Qualified in Queens County
My Commission Expires Jan 19, 2029

THOMAS P. DiNAPOLI
STATE COMPTROLLER

110 STATE STREET
ALBANY, NEW YORK, 12236

STATE OF NEW YORK

OFFICE OF THE STATE COMPTROLLER

OFFICE OF UNCLAIMED FUNDS

# CLAIM INFORMATION AFFIDAVIT

**Part A.** This affidavit must be completed by the Reporting Organization and notarized. The information below must come from the final report verification and checklist submitted to this office.

On (1) September 13th, 20 23, we (2) Mohamed Roshan remitted abandoned property reported in the amount of (3)$ 629.50, receipt # ______ to the Office of Unclaimed Funds, for the period ending (4) 09/07/2023 In this report, on tape sequence or diskette counter number (5)____(OR) page ______ and line ______ was the following property:

(PLEASE COMPLETE THE APPROPRIATE SECTION – SEE REVERSE SIDE FOR ADDITIONAL DETAILS)

**CASH AMOUNTS REPORTED**

cash amount (6) $ ______, representing property type (7)______, reported in the name of (8)______.

(9) ______ is entitled to the amount of (10) $ ______

**BOND AMOUNTS REPORTED**

the amount (11) $ 629.50, representing property type (12) credit card, for bond issue(13) 5156768972858727, bond/coupon number(s)(14) 06295000250000025002, with a face value of (15) $ 629.50 per bond/coupon.

This bond(s) had an early redemption with a due date of(16)______ and a value of (17)$ 629.50 per bond.

The bond was reported in the name of (18) Mohamed Roshan. (19) Mohamed Roshan is entitled to the amount of (20) $ 629.50.

Print Preparer's Name: MOHAMED ROSHAN (PLEASE PRINT NAME) Preparer's Signature: ______

Employer Tax Identification Number: [redacted]-6344 Daytime Telephone Number: ( 347 ) 553-8886

FEROZ HOSSAIN
Notary Public - State of New York
NO. 01HO6413042
Qualified in Queens County
My Commission Expires Jan 19, 2029

Sworn to before me this 22
day of May, 20 25
Notary Public: ______

**Part B.** Must be completed by the person entitled to these funds and notarized.

In consideration of the payment, I/we will save the State Comptroller and the State of New York from any loss due to such payment. Under penalty of perjury, I certify that the information on this affidavit is true and correct and that the number shown on this affidavit is the correct Taxpayer Identification Number.

Signature: ______ Tax Identification Number: 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

Present Address 216-20 Hillside Avenue, Queens Village, NY, 11427

Daytime Telephone Number: (347) 553-8886

Email Address (Optional)* MOHAMEDROSHAN10029@YAHOO.COM

Sworn to before me this 22
day of May, 20 25
Notary Public: ______

FEROZ HOSSAIN
Notary Public - State of New York
NO. 01HO6413042
Qualified in Queens County
My Commission Expires Jan 19, 2029

THOMAS P. DINAPOLI
STATE COMPTROLLER

110 STATE STREET
ALBANY, NEW YORK 12236

STATE OF NEW YORK
**OFFICE OF THE STATE COMPTROLLER**
OFFICE OF UNCLAIMED FUNDS

# Security Refund Request Form

**Reference Number:** ______________________
(Located top right on correspondence from this office)

Complete this form to choose your refund preference for the security portion of your claim. Each claimant should complete a separate form.

| Initial the box next to your preference: | |
|---|---|
| 1. MR | **Cash Value:** You'll receive a check for the current market value of the security, including all dividends. We use the price per share on the date your claim is approved for payment to determine the current market value. **(fastest option)** |
| 2. | **Direct Registration System (DRS) Transfer:** We will transfer your securities into an account in your name held with the security's transfer agent. You'll receive a statement from the transfer agent reflecting the transfer. |
| 3. | **Wire Transfer:** We will transfer the securities to your active brokerage or mutual fund account. You'll receive a statement from your agent reflecting the transfer. |
| Provide your current broker or mutual fund information | Name of Broker or Mutual Fund: |
| | DTC/NSCC Participant Number: |
| | Your Active Account Number: |
| | Account Registration: (Must be in either the claimant's name or the name of the Estate) |
| | Broker/Mutual Fund Contact Name and Phone Number: |

We'll send you a check for the cash value if we don't have the securities in our inventory or if we can't transfer the securities as instructed above. We'll let you know if the securities are worthless or ineligible for DRS or wire transfer. You may wish to consult with a tax advisor as any security transaction could have tax consequences.

MOHAMED ROSHAN | 01 / 07 / 1992 | [redacted]6344
**Claimant Name** | **Date of Birth** | **Taxpayer/Estate ID**

Mohamed Roshan | 05 / 22 / 25
**Claimant Signature (required)** | **Date**

| Return this form by mail: Office of Unclaimed Funds, 110 State Street, Albany, NY 12236. Submit online: https://ouf.osc.state.ny.us/ouf/cs | Visit our webpage at https://www.osc.ny.gov/unclaimed-funds. You can contact us at nysouf@osc.ny.gov or 800-221-9311. We invite you to like us on Facebook at facebook.com/nyscomptroller and follow us on Twitter at @NYSComptroller |
|---|---|

NYS Personal Privacy Protection Law Notification: The NYS Comptroller's Office of Unclaimed Funds (OUF) is requesting you to provide your Tax Payer Identification Number and/or Date of Birth on this form in order to verify your identity and that you're entitled to claim the funds. OUF is authorized to collect this information under Section 1406 of the NYS Abandoned Property Law. Disclosing this information is voluntary and we will process your claim without it. However, in certain cases OUF is required to report the transaction to the Internal Revenue Service and/or other taxing authorities. If your claim is subject to such a requirement, and you don't provide the requested information at this time, we'll require that you provide such information prior to payment. The information provided will be maintained in the Unclaimed Funds Processing System under the direction of the Assistant Director of Services of OUF, 110 State Street, Albany, NY 12236

State of New York
Office of the Attorney General

Letitia James
Attorney General

Division of Economic Justice
Bureau of Consumer Frauds and Protection

February 28, 2025

Mohamed Roshan
21020 Hillside Ave
Queens Village, NY 11427-1717

Re: Our File Number: 25-013572
Subject: Capital One, N.A.

Dear Mohamed Roshan:

On behalf of Attorney General Letitia James, I am writing to notify you that we have received your correspondence.

We appreciate your alerting us to this matter. We believe the agency shown below may be able to assist you and we are forwarding your correspondence there.

If you do not receive a response in the near future, please follow up directly with that agency. I suggest you attach a copy of this letter or, if appropriate, mention that you are adding new information.

Thank you for writing to our office. We will keep your correspondence on file for future reference.

Very truly yours,

Marisol Lugo

Marisol Lugo
Bureau of Consumer Frauds and Protection

cc: Consumer Financial Protection Bureau
PO Box 27170
Washington, DC 20038-7170
(855) 411-2372

# OFFICE OF THE ATTORNEY GENERAL LETITIA JAMES

## STATE OF NEW YORK DEPARTMENT OF LAW

BUREAU OF CONSUMER FRAUDS AND PROTECTION
28 Liberty Street
New York, NY 10005
Tel: (212)416-8300 | Fax (212)416-8787

Consumer Hotline
(800)771-7755
TDD (800)788-9898
http://www.ag.ny.gov

---

| | |
|---|---|
| Intake Id | 1-1027829122 |
| **Complaint Bureau** | |
| Bureau Where You Filed Your Complaint | NYC |
| **Your Information** | |
| First Name | Mohamed |
| Last Name | Roshan |
| Your Business/Organization Name | |
| Street Address | 210-20 Hillside Avenue |
| Address Line 2 | |
| City/Town | Queens Village |
| State | NY |
| County | QUEE |
| Zip/Postal Code | 11427 |
| Country | US |
| Email Address | Mohamedroshan10019@yahoo.com |
| Phone Number | 347-553-8886 |
| Alternate Phone Number | |
| **Subject of Your Complaint** | |
| Are you complaining about a person or a company? | COMPANY |
| Business Name | Capital one |
| Street Address | 1680 Capital One Drive, |
| Address Line 2 | |
| City/Town | McLean, |
| State | VA |
| Zip/Postal Code | 22102 |
| Email Address | |
| Phone Number | 877-383-4802 |
| Website | https://www.capitalone.com/ |
| **Additional Complaint Information** | |
| Location of Incident/Transaction | |
| Date of Incident/Transaction | |

| | |
|---|---|
| **Name of Product or Service** | credit card |
| **Cost of Product or Service** | 500.00 |
| **Method of Payment** | OTHER |
| **Other Payment Method Information** | Paid using a negotiable instrument |

**Complaint Description**

I paid off my Capital One Platinum credit card using a negotiable instrument however capital one had restricted my card and i'm not able to use my card anymore for the past 2 years.

After shutting my
card they sent me a letter with no proper explanation as to why they shut my card down. Even if I called customer service they just tell me to throw away my cards and I cannot use these cards anymore.

Capital one is committing securities fraud

| | |
|---|---|
| **Did you sign a contract?** | Y |
| **Where?** | |
| **When?** | |
| **Was product or service advertised?** | Y |
| **Where?** | |
| **When?** | |
| **Have you already complained to company/individual?** | Y |
| **How?** | |
| **Complaint Date** | |
| **Person contacted** | |
| **Job title** | |
| **Nature of response** | |
| **Date of response** | |
| **Has matter been submitted to another agency or attorney?** | N |
| **Is court action pending?** | N |

**What form of relief are you seeking, e.g., refund, credit, exchange, repair?**

Give me an Open-ended consumer credit plan on both of my credit cards. 10,0000 dollars for violating consumer rights. $10,0000 dollars for emotional pain and suffering.

**Manufacturer of Product**

**Street Address**

**City/Town**

**State/Town**

**Zip/Postal Code**

**Product Model or Serial Number**

**Warranty Expiration Date**

**Did Business Arrange Financing?**

**Uploaded Documents**

| | |
|---|---|
| **User Uploaded Document Names** | Februarycardstatement20250218T04_45_49491Z.pdf |
| | Januarycardstatement20250218T04_46_26627Z.pdf |
| | capitalonecomplaint2cfpb.pdf |
| | capitalonecomplaint3cfpb.pdf |
| | Capitalonecomplaint4cfpb.pdf |

**In filing this complaint, I understand that:**

- The Attorney General is not the complainant's private lawyer. The Attorney General is a public servant who protects the public from illegal or misleading practices. This complaint does not mean that the Attorney General will start a lawsuit for the complainant.
- The Attorney General cannot give me legal advice or represent me in court. If I have any questions about my legal rights or responsibilities, I should contact a private lawyer.
- The Attorney General may send a copy of my complaint, and any documents I provide, to the person or organization I mention in my complaint. I give that person or organization permission to provide information about my complaint to the Attorney General.
- The Attorney General may use information from my complaint to show that the law has been broken.
- The Attorney General works with other government agencies at the state, local, and federal levels to investigate complaints and with the police. The Attorney General may share my complaint with these agencies.

**I affirm this 18th day of February, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment that:**

- **my complaint is true;**
- **any documents attached are true and accurate copies of the original; and**
- **I understand that this document may be filed in an action or proceeding in a court of law.**

| | |
|---|---|
| **Signature** | Mohamed Roshan |

# EXHIBIT I

# Section 29. Civil Money Penalty

**(a) First Tier.** Any member bank which, and any institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to such member bank who, violates any provision of section 22, 23A, or 23B, or any regulation issued pursuant thereto, shall forfeit and pay a civil penalty of not more than $5,000 for each day during which such violation continues.

[12 USC 504(a). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by acts of Oct. 15, 1982 (96 Stat. 1523) and Aug. 9, 1989 (103 Stat. 470).]

**(b) Second Tier.** Notwithstanding subsection (a), any member bank which, and any institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to such member bank who

1.
   - A. commits any violation described in subsection (a);
   - B. recklessly engages in an unsafe or unsound practice in conducting the affairs of such member bank; or
   - C. breaches any fiduciary duty;
2. which violation, practice, or breach--
   - A. is part of a pattern of misconduct;
   - B. causes or is likely to cause more than a minimal loss to such member bank; or
   - C. results in pecuniary gain or other benefit to such party,

shall forfeit and pay a civil penalty of not more than $25,000 for each day during which such violation, practice, or breach continues.

[12 USC 504(b). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

**(c) Third Tier.** Notwithstanding subsections (a) and (b), any member bank which, and any institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to such member bank who--

1. knowingly--
   - A. commits any violation described in subsection (a);
   - B. engages in any unsafe or unsound practice in conducting the affairs of such credit union; or
   - C. breaches any fiduciary duty; and
2. knowingly or recklessly causes a substantial loss to such credit union or a substantial pecuniary gain or other benefit to such party by reason of such violation, practice, or breach,

shall forfeit and pay a civil penalty in an amount not to exceed the applicable maximum amount determined under subsection (d) for each day during which such violation, practice, or breach continues.

[12 USC 504(c). As added by act of Nov. 10, 1978 (72 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

**(d) Maximum Amounts Of Penalties For Any Violation Described In Subsection (c).** The maximum daily amount of any civil penalty which may be assessed pursuant to subsection (c) for any violation, practice, or breach described in such subsection is--

1. in the case of any person other than a member bank, an amount to not exceed $1,000,000; and
2. in the case of a member bank, an amount not to exceed the lesser of --
   - A. $1,000,000; or
   - B. 1 percent of the total assets of such member bank.

# Section 16. Note Issues

## 1. Issuance of Federal Reserve notes; nature of obligation; where redeemable

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

[12 USC 411. As amended by act of Jan. 30, 1934 (48 Stat. 337). For redemption of Federal reserve notes whose bank of issue cannot be identified, see act of June 13, 1933.]

## 2. Application for notes by Federal Reserve banks

Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application. The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under section 10A, 10B, 13, or 13A of this Act, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of section 14 of this Act, or bankers' acceptances purchased under the provisions of said section 14, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under section 14 of this Act or any other asset of a Federal reserve bank. In no event shall such collateral security be less than the amount of Federal Reserve notes applied for. The Federal Reserve agent shall each day notify the Board of Governors of the Federal Reserve System of all issues and withdrawals of Federal Reserve notes to and by the Federal Reserve bank to which he is accredited. The said Board of Governors of the Federal Reserve System may at any time call upon a Federal Reserve bank for additional security to protect the Federal Reserve notes issued to it. Collateral shall not be required for Federal Reserve notes which are held in the vaults of, or are otherwise held by or on behalf of, Federal Reserve banks.

# EXHIBIT J

Mohamed Roshan's

# FEE SCHEDULE

**ISSUED TO:**
CAPITAL ONE FINANCIAL CORPORATION/CAPITAL ONE N.A.
1680 CAPITAL ONE DRIVE, MCLEAN, VA, 22102

START DATE: 03/23/2023 -
END DATE: 04/03/2025

**PAY TO:**
MOHAMED ROSHAN
210-20 HILLSIDE AVENUE, QUEENS VILLAGE,NY,11427
Account No.: ENDING IN 8727 & 6315

| **DESCRIPTION** | **AMOUNT** | **TOTAL** |
|---|---|---|
| CIVIL MONEY PENALTY | 1,000,000 (per day) X 743 days=$743,000,000 | $743,000,000 |
| RESTITUTION | $1,962 | $1,962 |
| EMOTIONAL PAIN & SUFFERING | $1,500 | $1,500 |
| Abandoned securities | Acct # 6315:$503.85<br>Acct # 8727:$629.50 | $1,133.35 |
| Bills of Exchange/ Securities | Acct# 6315: $500.00<br>Acct #8727:$655.94 | $1,155.94 |
| **SUBTOTAL** | | **$743,004,595.35** |
| | **TOTAL** | **$743,004,595.35** |

# EXHIBIT K

CONSTITUTION ANNOTATED
Analysis and Interpretation of the U.S. Constitution

# Browse the Constitution Annotated

## Article I Legislative Branch

### Section 10 Powers Denied States

#### Clause 1 Proscribed Powers

No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

ArtI.S10.C1.1 Foreign Policy by States
ArtI.S10.C1.2 Coining Money by States
ArtI.S10.C1.3 Legal Tender Issued by States
ArtI.S10.C1.4 State Bills of Attainder
ArtI.S10.C1.5 State Ex Post Facto Laws
ArtI.S10.C1.6 Contracts
ArtI.S10.C1.6.1 Overview of Contract Clause
ArtI.S10.C1.6.2 Historical Background on Contract Clause
ArtI.S10.C1.6.3 Evolution of Contract Clause's Use
ArtI.S10.C1.6.4 State Contracts
ArtI.S10.C1.6.4.1 Early Cases on State Modifications to State Contracts
ArtI.S10.C1.6.4.2 State Sovereign Powers and Contracts
ArtI.S10.C1.6.4.3 Modern Doctrine on State Changes to State Contracts
ArtI.S10.C1.6.5 Private Contracts

# EXHIBIT L

# 18 U.S. Code § 8 - Obligation or other security of the United States defined

U.S. Code Notes

prev | next

The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps.

(June 25, 1948, ch. 645, 62 Stat. 685.)

# EXHIBIT M

AUTHENTICATED U.S. GOVERNMENT INFORMATION GPO



*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled*, That (a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment is legal tender for public and private debts. Any such provision contained in any law authorizing obligations to be issued by or under authority of the United States, is hereby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law.

Clauses in obligations requiring gold, etc., payments declared contrary to public policy.

No future obligation to be so expressed.

Payments to be made in legal tender.

Conflicting provisions repealed. U.S.C. p. 1003.

Other provisions not invalidated.

(b) As used in this resolution, the term "obligation" means an obligation (including every obligation of and to the United States, excepting currency) payable in money of the United States; and the term "coin or currency" means coin or currency of the United States, including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations.

Term "obligation" defined.

"Coin or currency."

SEC. 2. The last sentence of paragraph (1) of subsection (b) of section 43 of the Act entitled "An Act to relieve the existing national economic emergency by increasing agricultural purchasing power, to raise revenue for extraordinary expenses incurred by reason of such emergency, to provide emergency relief with respect to agricultural indebtedness, to provide for the orderly liquidation of joint-stock land banks, and for other purposes", approved May 12, 1933, is amended to read as follows:

National Economic Emergency Act, amended.

*Ante*, p. 52.

"All coins and currencies of the United States (including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations) heretofore or hereafter coined or issued, shall be legal tender for all debts, public and private, public charges, taxes, duties, and dues, except that gold coins, when below the standard weight and limit of tolerance provided by law for the single piece, shall be legal tender only at valuation in proportion to their actual weight."

Coins and currencies as legal tender.

Abrased gold coins, according to weight.

Approved, June 5, 1933, 4.40 p.m.

---

[CHAPTER 49.]

AN ACT

To provide for the establishment of a national employment system and for cooperation with the States in the promotion of such system, and for other purposes.

June 6, 1933.
[S. 510.]
[Public, No. 30.]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That (a) in order to promote the establishment and maintenance of a national system of public employment offices there is hereby created in the Department of Labor a bureau to be known as the United States Employment Service, at the head of which shall be a director. The director shall be appointed by the President, by and with the advice and consent of the Senate, and shall receive a salary at the rate of $8,500 per annum.

National cooperative employment service.

United States Employment Service created in Department of Labor.

Appointment, etc., of Director.

(b) Upon the expiration of three months after the enactment of this Act the employment service now existing in the Department of Labor shall be abolished; and all records, files, and property (including office equipment) of the existing employment service

Existing service to be abolished; personnel and property transferred.

# EXHIBIT N


FEDERAL RESERVE NOTE
THE UNITED STATES OF AMERICA
THIS NOTE IS LEGAL TENDER FOR ALL DEBTS, PUBLIC AND PRIVATE
WASHINGTON, D.C.
SERIES 2017 A
WASHINGTON
ONE DOLLAR

# EXHIBIT O

# § 3-104. NEGOTIABLE INSTRUMENT.

(a) Except as provided in subsections (c) and (d), " negotiable instrument " means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it:

(1) is payable to bearer or to order at the time it is issued or first comes into possession of a holder;

(2) is payable on demand or at a definite time; and

(3) does not state any other undertaking or instruction by the person promising or ordering payment to do any act in addition to the payment of money, but the promise or order may contain (i) an undertaking or power to give, maintain, or protect collateral to secure payment, (ii) an authorization or power to the holder to confess judgment or realize on or dispose of collateral, or (iii) a waiver of the benefit of any law intended for the advantage or protection of an obligor.

(b) " Instrument " means a negotiable instrument .

(c) An order that meets all of the requirements of subsection (a), except paragraph (1), and otherwise falls within the definition of "check" in subsection (f) is a negotiable instrument and a check .

(d) A promise or order other than a check is not an instrument if, at the time it is issued or first comes into possession of a holder, it contains a conspicuous statement, however expressed, to the effect that the promise or order is not negotiable or is not an instrument governed by this Article.

(e) An instrument is a " note " if it is a promise and is a " draft " if it is an order . If an instrument falls within the definition of both "note" and "draft," a person entitled to enforce the instrument may treat it as either.

(f) " Check " means (i) a draft , other than a documentary draft, payable on demand and drawn on a bank or (ii) a cashier's check or teller's check . An instrument may be a check even though it is described on its face by another term, such as "money order."

(g) " Cashier's check " means a draft with respect to which the drawer and drawee are the same bank or branches of the same bank.

(h) " Teller's check " means a draft drawn by a bank (i) on another bank, or (ii) payable at or through a bank.

(i) " Traveler's check " means an instrument that (i) is payable on demand, (ii) is drawn on or payable at or through a bank, (iii) is designated by the term "traveler's check" or by a substantially similar term, and (iv) requires, as a condition to payment, a countersignature by a person whose specimen signature appears on the instrument.

(j) " Certificate of deposit " means an instrument containing an acknowledgment by a bank that a sum of money has been received by the bank and a promise by the bank to repay the sum of money. A certificate of deposit is a note of the bank.

‹ § 3-103. DEFINITIONS. Up § 3-105. ISSUE OF INSTRUMENT. ›

# EXHIBIT Q

CapitalOne

**Platinum Card | Platinum Mastercard ending in 6315**
Jan 22, 2025 - Feb 18, 2025 | 28 days in Billing Cycle

## Payment Information

Payment Due Date
**Mar 15, 2025**

For online and phone payments, the deadline is 8pm ET.

New Balance
**$476.18**

Minimum Payment Due
**$202.00**

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $40.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 15 Month(s) | $546 |

If you would like information about credit counseling services, call 888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $474.70 |
| Payments | - $10.00 |
| Other Credits | $0.00 |
| Transactions | + $0.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $11.48 |
| **New Balance** | **= $476.18** |
| Credit Limit | $500.00 |
| Available Credit (as of Feb 18, 2025) | N/A |
| Cash Advance Credit Limit | $500.00 |
| Available Credit for Cash Advances | N/A |

300081

Your account is **restricted** and past due.
Visit capitalone.com to manage your account and see your payment options.
Your card cannot be used.

FOR THE PRESENTATION TO THE UNITED STATES TREASURY, FISCAL AGENT OF THE UNITED STATES, FOR REDEMPTION OR IN EXCHANGE FOR SECURITIES OF A NEW ISSUE, IN ACCORDANCE WITH WRITTEN INSTRUCTIONS
SUBMITTED BY ____________________

## Account Notifications

Please check page 3 of this statement for your Account Notifications.

Pay or manage your account at capitalone.com "Accepted" "Paid in Full" Customer Service: 800-227-4825 See reverse for Important Information

without Recourse

CapitalOne

PAY TO THE ORDER OF: CAPITAL ONE Financial Corporation
Five Hundred Dollars only.

MOHAMED ROSHAN
21020 HILLSIDE AVE
QUEENS VILLAGE, NY 11427-1717

[signature] By Accomadation/ Principal Agent for: MOHAMED ROSHAN

Save time, stay informed. Discover new features with the Capital One Mobile app.

Scan this QR Code with your phone's camera to download the top-rated Capital One Mobile app.

Payment Due Date: **Mar 15, 2025**    Account ending in 6315

| New Balance | Minimum Payment Due | Amount Enclosed |
|---|---|---|
| $476.18 | $202.00 | $ 500.00 |

Capital One
PO Box 981600
Boston, MA 02298-1600-00

Please send us this portion of your statement and only one check (or one money order) payable to Capital One to ensure your payment is processed promptly. Allow at least seven business days for delivery.

Account # 5178059483796315

1 5178059483796315 18 047618001000202009

10c usa

1104957-0236368-0000001 of 0000004-C01-a1-5726-05082

Capital One QUICKSILVER



**Quicksilver Credit Card I World Elite Mastercard ending in 8727**
May 14, 2024 - Jun 12, 2024 I 30 days in Billing Cycle

## Payment Information

Payment Due Date
**Jul 07, 2024**

For online and phone payments, the deadline is 8pm ET.

New Balance
**$655.94**

Minimum Payment Due
**$25.00**

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $40.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 4 Years | $1,078 |
| $28 | 3 Years | $1,002 |
| Estimated savings if balance is paid off in about 3 years: $76 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $664.49 |
| Payments | - $25.00 |
| Other Credits | $0.00 |
| Transactions | + $0.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $16.45 |
| **New Balance** | **= $655.94** |
| Credit Limit | $750.00 |
| Available Credit (as of Jun 12, 2024) | $0.00 |
| Cash Advance Credit Limit | $750.00 |
| Available Credit for Cash Advances | $0.00 |

***Important Notice***

We are unable to provide your Rewards Summary on this month's statement. To review your current Rewards balance or for additional Rewards information, please log in to your account at capitalone.com, the Capital One Mobile Banking app, or call the customer service number on this statement.

FOR THE PRESENTATION TO THE UNITED STATES TREASURY, FISCAL AGENT OF THE UNITED STATES, FOR REDEMPTION OR IN EXCHANGE FOR SECURITIES OF A NEW ISSUE, IN ACCORDANCE WITH WRITTEN INSTRUCTIONS SUBMITTED BY ____________________

## Account Notifications

Please check page 3 of this statement for your Account Notifications.

Pay or manage your account at capitalone.com "Accepted" Customer Service: 1-800-227-4825 See reverse for Important Information

"Without Recourse" "Paid in Full"

Capital One

1104957 01 AV 0.507 **AUTO T5 0 5726 11427-171720 -C01-P05082-I

PAY TO THE ORDER OF: CAPITAL ONE FINANCIAL CORP

MOHAMED ROSHAN SIX HUNDRED FIFTY FIVE AND 94/100
21020 HILLSIDE AVE
QUEENS VILLAGE, NY 11427-1717 Dollars only.

Save time, stay informed. Discover new features with the Capital One Mobile app.

Scan this QR Code with your phone's camera to download the top-rated Capital One Mobile app.

**Payment Due Date: Jul 07, 2024** Account ending in 8727

By: [signature]

| New Balance | Minimum Payment Due | Amount Enclosed |
|---|---|---|
| $655.94 | $25.00 | $ 655.94 |

Agent For: MOHAMED ROSHAN
By Accomadation/Principal

Capital One
PO Box 981600
Boston, MA 02298-1600-00

...s this portion of your statement and only one check (or one money order) payable to Capital One ... payment is processed promptly. Allow at least seven business days for delivery.

Account # 5156768972858727

1 5156768972858727 12 0655940025000025007

1104957-0236368-0000002 of 0000004-C01-a1-5726-05082

**How can I Avoid Paying Interest Charges?** If you pay your New Balance in full by the due date each month, we will not charge interest on new transactions that post to the purchase balance. If you have been paying in full **without** Interest Charges, but fail to pay your next New Balance in full, we will charge interest on the unpaid balance. Interest Charges on Cash Advances and Special Transfers start on the transaction date. Promotional offers may allow you to pay less than the total New Balance and avoid paying interest on new transactions that post to your purchase balance. See the front of your statement for additional information.

**How is the Interest Charge Determined?** Interest Charges accrue from the date of the transaction, date the transaction is processed or the first day of the Billing Cycle. Interest accrues daily on every unpaid amount until it is paid in full. Interest accrued during a Billing Cycle posts to your account at the end of the Billing cycle and appears on your next statement. You may owe Interest Charges even if you pay the entire New Balance one month, but did not do so the prior month. Once you start accruing Interest Charges, you generally must pay your New Balance in full two consecutive Billing Cycles before Interest Charges stop being posted to your Statement. Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.00 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service fewer than 40 days after the annual membership Fee was assessed to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of your payment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary (Does not Apply to Small Business Accounts)**
**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us at:
P.O. Box 30285, Salt Lake City, UT 84130-0285.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:
1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2023 Capital One. Capital One is a federally registered service mark

ETC-08 07/13/2023

Pay online at capitalone.com

Pay using the Capital One mobile app

Customer Service 1-800-227-4825

## Changing your mailing address?

You can change your address by signing into your account online or by calling Customer Service.

Any written request on this form will not be honored

**How do I Make Payments?** You may make your payment in several ways:

1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**

- For mobile, online or over the phone, as of the business day we receive it, as long as it is made **by 8 p.m. ET**.
- For mail, as of the business day we receive it, as long as it is received **by 5 p.m. local time** at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

# EXHIBIT P

# Bills of Exchange Act 1882

**1882 CHAPTER 61 45 and 46 Vict**

An Act to codify the law relating to Bills of Exchange, Cheques, and Promissory Notes.

[18th August 1882]

### Modifications etc. (not altering text)

C1 Act amended by Consumer Credit Act 1974 (c. 39, SIF 60), s. 125(2)

### Commencement Information

I1 Act wholly in force at Royal Assent

## PART I

## PRELIMINARY

1 **Short title.**

This Act may be cited as the Bills of Exchange Act 1882.

2 **Interpretation of terms.**

In this Act, unless the context otherwise requires,—

"Acceptance" means an acceptance completed by delivery or notification.

"Action" includes counter claim and set off.

"Banker" includes a body of persons whether incorporated or not who carry on the business of banking.

"Bankrupt" includes any person whose estate is vested in a trustee or assignee under the law for the time being in force relating to bankruptcy.

"Bearer" means the person in possession of a bill or note which is payable to bearer.

"Bill" means bill of exchange, and "note" means promissory note.

"Delivery" means transfer of possession, actual or constructive, from one person to another.

"Holder" means the payee or indorsee of a bill or note who is in possession of it, or the bearer thereof.

"Indorsement" means an indorsement completed by delivery.

"Issue" means the first delivery of a bill or note, complete in form to a person who takes it as a holder.

"Person" includes a body of persons whether incorporated or not.

[F1 "postal operator" has the meaning given by [F2 section 27 of the Postal Services Act 2011].]

"Value" means valuable consideration.

"Written" includes printed, and "writing" includes print.