| | |
|---|---|
| Philip A. Goldstein<br>MCGUIREWOODS LLP<br>1251 Avenue of the Americas, 20th Floor<br>New York, New York 10020<br>(212) 548-2167<br>pagoldstein@mcguirewoods.com | Blaec C. Croft<br>MCGUIREWOODS LLP<br>Tower Two-Sixty<br>260 Forbes Ave., Suite 1800<br>Pittsburgh, PA 15222<br>(412) 667-6057<br>bcroft@mcguirewoods.com |

*Counsel for Defendant Capital One Financial Corp.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MOHAMED ROSHAN,

         Plaintiff,

v.

CAPITAL ONE FINANCIAL CORP.,

         Defendant.
------------------------------------------------------------ X

Case No. 1:25-cv-02653-RER-JAM

**<u>CERTIFICATE OF SERVICE</u>**

I, PHILIP A. GOLDSTEIN, hereby certify that on this 3rd day of June, 2025, I caused a true and correct copy of:

(1) Capital One's Reply Brief in Support of Its Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6); and

(2) Second Declaration of Philip A. Goldstein in Support of Capital One's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), and exhibit(s) annexed thereto,

to be served upon all parties in this action, as indicated below, via (i) the United States Postal Service first class mail, postage prepaid, and (ii) Federal Express overnight courier:

1

Mohamed Roshan
210-20 Hillside Avenue
Queens Village, New York 11427

*Plaintiff, Pro Se*

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated:  New York, New York
      June 3, 2025                           */s/ Philip A. Goldstein*
                                           Philip A. Goldstein
                                           McGUIREWOODS LLP
                                           1251 Avenue of the Americas, 20th Floor
                                           New York, New York 10020
                                           (212) 548-2167
                                           pagoldstein@mcguirewoods.com

                                           Blaec C. Croft
                                           McGuireWoods LLP
                                           Tower Two-Sixty
                                           260 Forbes Ave., Suite 1800
                                           Pittsburgh, PA 15222
                                           (412) 667-6057
                                           bcroft@mcguirewoods.com

                                           *Counsel for Defendant Capital One Financial Corporation*

206237866_1.docx