UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ORIGINAL

------------------------------------------------------------ X

MOHAMED ROSHAN,

Plaintiff,

v.

CAPITAL ONE FINANCIAL CORP.,

Defendant.

------------------------------------------------------------ X

Case No. 1:25-cv-02653-RER-JAM

**Memorandum in Opposition to motion to dismiss**

**Trial By Jury**

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT CAPITAL ONE FINANCIAL CORP.'S MOTION TO DISMISS THE COMPLAINT**

REC'D IN P 0 SE OFFICE
JUN 9 '25 AM8:57

Capital One Financial Corp's Fed.R. Civ. P 12(b)(6) motion to dismiss the complaint for failure to state a valid cause of action. For the reasons set forth below, Plaintiff respectfully requests that this court deny Defendant's motion to dismiss.

**Summary Of Argument**

I have already set forth a valid cause of action against Capital One. Capital One keeps stating I've made fraudulent payment attempts. I would like to ask Capital One how I should pay them, since the Constitution states that all debts should be paid in Gold and silver. Congress states that every obligation should be **discharged** upon payment, dollar for dollar, in any coin or currency which at the time of payment is legal tender for public and private debts. 18 USC 8 states that Federal Reserve notes (US Dollars) are obligations of the United States. Isn't my debt already discharged? Wouldn't making a payment in US dollars make me an enemy of the state?

REC'D IN P 0 SE OFFICE
JUN 9 '25 AM8:57

## ARGUMENT

1. How is the Federal Reserve Act not related to the Principal's Credit Card? Isn't Capital One a member bank of the Federal Reserve? I've stated that the Principal is the creditor and that Capital One is the borrower according to the Federal Reserve Act section 16, parts 1 and 2, which states how my application with a tender of payment is the security collateral, which Capital One turned into a receivable. I had already sent out a letter to the Office of the Comptroller (OCC) (Exhibit A). I'm just trying to transfer the security interest over to the Principal's account for discharge/setoff. I am just trying to follow the constitution and do the right thing and live righteously, and Capital One is hindering me from that life and pursuit of happiness.

I would like Capital One to explain to me how the monthly bill is not a bill of exchange or a negotiable instrument and why these arguments should be rejected. Why should I not enforce the Federal Reserve Act/ 12 USC 504? Please explain the reason for closing my credit cards when clearly I am trying to do it the correct way of discharging a debt without being an enemy of the state. Isn't Capital One going against the Constitution and committing treason and securities fraud by not accepting my securities/bills of exchange for transfer and setoff? Since my debt has already been discharged by the obligation of the United States, Capital One has all obligations to accept my bills of exchange, even though it may be their policy not to accept. However, the Constitution is the supreme law of the land, and all policies are null and void. As restitution, I would like all the money I have paid Capital One since the beginning of this account to be paid back to the principal. Capital One has no authority to keep this money.

2. I would like Capital One to prove how they are not violating the ECOA or the CCPA when they are denying me my right to credit. I have not raised any new claims. I am simply using Acts and Laws to further my perspective on my claim for securities fraud. I don't have to seek leave to amend. The Equal Credit Opportunity Act and the Consumer Credit Protection Act both state that as a consumer,

I have the right to credit. These acts are there to protect consumers from Financial harm from predatory Banks. The Fair Debt Collection Practices Act is a part of the Consumer Credit Protection Act. They are not the same.

The Consumer Credit Protection Act (CCPA) safeguards consumers in the realm of credit by mandating clear disclosures from lenders about credit costs and prohibiting discrimination.

The Equal Credit Opportunity Act (ECOA) is a federal law that prohibits lenders from discriminating against credit applicants based on protected characteristics like race, color, religion, national origin, sex, marital status, age, or public assistance income. It aims to ensure fair and equitable access to credit for **all**, regardless of these personal attributes. The ECOA is for all, regardless of whether it is a new applicant or a previous applicant. My principal is being declined/denied credit by Capital One, which is Discrimination, so the ECOA applies to my principal.

The Fair Debt Collection Practices Act (FDCPA) is a federal law that protects consumers from abusive, unfair, or deceptive debt collection practices. It limits how debt collectors can contact you, what they can say, and what they can't say, particularly in relation to debt collection for personal, family, or household purposes. Capital One is shutting down my personal Credit Card even though they were still getting paid in U.S dollars, and by bills of exchange or securities, which is considered abusive, unfair, and deceptive debt collection practices.

**Please show documentary evidence, tax forms, factual data, financial evidence, and other written materials for the following questions.**

Please return my application and all tender of payments if you are going to deny my credits.

1. Who is the owner of the account? Am I the beneficiary of this account? If I am the beneficiary of this account, I am here to accept the benefits and will like to transfer the credits to the account. I like to transfer the credits over to the accounts for setoff.

2. How much equity and Interest has accrued on account # 5178059483796315 and account # 5156768972858727? I am requesting my equity from the security exchanges.

3 . How much equity is remaining in these accounts?

Where is the Equity? Who is the equity owed to after the accounts are closed? Is the account closed, or is it still being traded? If no accounts are closed, then why did Capital One shut the principal's credit cards down, while his security is being traded on the private side? Why don't I know what's happening with the Principal's account on the private side? How come it's kept a secret?

4. I would like the defendant to explain the Act and the law that states you have to pay with U.S dollars when the Constitution states you can only use gold and silver as tender of payment. Why did Congress say that "Obligations with gold clauses shall be discharged upon payment, dollar for dollar, in any coin or payment dollar for dollar, in any coin or currency which at the time of payment is legal tender for public and private debts"?

5. I would like to know how Capital One is still my Fiduciary after I terminated them from their Powers and Duties with a power of Attorney?

6. I would like to know why I don't have the right to my credit. I would like to know how Capital One N.A. is not violating the Consumer Bill of Rights, Equal Credit Opportunity Act, the Consumer Credit Protection Act, and the Federal Reserve Act?

7. I would like to know what happens after I submit my application to Capital One. Please show documentation on how my application is being securitized? Who was the Note pledged to?

8. Please provide financial records for Capital One N.A. 10 K and 8 K forms from 2023-2025 to my email address (mohamedroshan10019@yahoo.com). Since I cannot find them on the SEC website.

9. Please show documentary evidence and factual data, financial evidence, and other written material on why I cannot transfer the principal's interest to the Principal's account.

10. Please show documentary evidence and factual data that when I give out my Social Security card for a transaction, is it a consumer credit transaction, or is it considered a Loan?

11. Please show tax documents, documentary evidence, factual data, financial evidence, and other written materials that prove Capital One N.A. is the creditor and MOHAMED ROSHAN is the debtor when 12 USC 1431 states banks are the borrowers.

12. Please provide all 1099 OID, 1099 A, 1099 B, 1099 C, and all other Tax forms

## CONCLUSION

Since my Principal doesn't receive any of his benefits ever since his credit has been denied/declined, I am not able to enjoy my pursuit of happiness, I have the right to credit, I have the right to shelter, I have to right to eat, I have the right to expand my Intelligence/ consciousness. I am not able to be the creator that I truly am since my Principal is not receiving his Equity and Interest. He is not able to transfer the interest to discharge/set off his debt obligations.

For the foregoing reasons, this court should not honor Defendant's Motion to dismiss for failure to state a valid cause of action. By reason aforementioned conduct by the defendant, Plaintiff requests the following reliefs:

1. To reinstate both Credit cards and keep both accounts open-ended
2. To transfer the security interest to the Principal Account for discharge/setoff
3. To provide all documents requested by the plaintiff
4. Pay the Restitution amount of $1952.00
5. To provide compensation for emotional distress
6. To pay the Civil Money Penalty that Capital One had violated
7. I would like to redress the contract

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Dated:

June 09, 2025

New York, New York

Mohamed Roshan
210-20 Hillside Avenue
Queens Village, New York 11427
*Plaintiff, Pro Se*

I am sending a copy to the Defendant capital one corp.

# EXHIBIT A

# DURABLE POWER OF ATTORNEY

**Attorney-in-fact designation**

I, MOHAMED ROSHAN, the Principal of Mohamed Roshan, city of Queens, 11427, State of New York hereby designate Mohamed Roshan, City of Queens, State of New York, 11427, as my attorney-in-fact (hereinafter referred to as "attorney-in-fact"), to act in my name, in my stead, and for my benefit, as set forth below.

By issuing this power of attorney, I am hereby revoking any power of attorney that I have issued in the past.

**Granted powers**
I grant to my attorney-in-fact the power to act on my behalf, in my stead, and in my interests, as if I were present, for the acts or powers I authorize him for, as listed below.

**Power to act in relation to contracts**
- To enter into the contracts in the name of the principal, regardless of the nature and type of the contract.

**Power to act on behalf of a principal as a representative of a legal entity**
- To attend and participate in the meetings on behalf of the principal as a representative of the business or another legal entity.
- Operate the business or other legal entity on my behalf as a representative.
- Sign the contracts on my behalf as a representative Of the business or other legal entity.

**Power to manage stocks and bonds**
- To buy, sell, and exchange stocks
- To buy, sell, and exchange bonds

**Power to manage commodities and options**
- To buy, sell, exchange. assign, settle, and exercise commodity futures contracts.
- Call or put options on stocks or stock indexes traded on a regulated option exchange.
- Establish, continue, modify, and terminate option accounts.

**Power to represent principal in claims and litigation**
- To submit cases to legal personnel on behalf of the principal.
- To file complaints with relevant authorities regarding the litigation procedures.
- To enter into settlements related to the claims and litigation.
- To carry out acts or deeds related to the litigation procedures.
- To provide evidence and give statements connected with claims and litigation.
- To sign documents connected to the litigation procedures on behalf of the principal.

**Power to represent principal with government benefits programs**
- To enroll, amend, or terminate the government benefit program, including, but not limited to, food assistance, housing help, disability benefits, retirement benefits, health insurance, government checks and payments, social security programs, and more.

OCC Customer Assistance Group
1301 McKinney St, Suite 3450
Houston, Texas 77010
Fax 713-336-4301

Mohamed Roshan
210-20 Hillside Avenue
Queens Village, NY 11427
moham droshan10019@yahoo.com
347-553-8886

I, Mohamed Roshan, had gotten a Capital One Platinum card in March of 2023. In 2023, I learned about performing on my bill by utilizing the security interest that I previously gave to Capital One when I had submitted an application to Capital One to set off all obligations owed to the principal. I had performed on my Capital One bill. I sent them a payment via mail to their PO. Box address. Later that week, when I went to a convenience store to purchase an item, my credit card wasn't working. When I called Capital One, they didn't give me a reason to shut my card down. They told me to discard both of my credit cards and that I would get a letter by mail stating why my card was canceled. When I got the letter from Capital One, it didn't state the reason why my card was declined/cancelled. The letter just said, "We are closing this account because activity on this or another account is not consistent with our expectations for account usage and violates the Capital One Customer Agreement. They didn't tell me which terms and conditions I violated. They didn't give any explanation. Please show documentary evidence for why you have shut down both of my credit card accounts: 5156 7689 7285 8727 (Quicksilver) and 5178 0594 8379 6315 (Platinum).

How can I be rejected for my credit when my application is the prepayment? Federal Reserve Act section 16, part 1, explicitly states that the board of governors is the only one that could decline my credit. My decline letter did not come from the Federal Reserve Board of Governors. According to the Federal Reserve Act, section 16, part 1, Capital One has processed the security application and turned my application into a receivable. I'm coming forth to utilize the security Interest that I previously gave. “In no event should the security collateral be less than the Federal Reserve notes applied for.” Federal Reserve Act section part 2 states that whatever I applied for is how much my application is worth. The banks are the borrowers, and I'm the creditor according to the Federal Reserve Act. I'm exercising my rights to my credit and security. If Capital One is declining, this is considered securities fraud. According to Section 29 of the Federal Reserve Act. This is a third-tier Civil Money Penalty, which is $1,000,000.00 a day or 1 % of the total assets of Capital One Financial Corp. I'm not a minor, and I have the capacity to contract. Capital One needs to reactivate my credit cards or give me new credit cards, and give me back the dividend payments, equity, and interest that is owed to me back into my account. I would also like all my accounts to be Open-ended.

Currently, I have filed a claim with Capital One in the Eastern District Court in New York. Case number is 1:25-cv-02653-RER-JAM.

I sent the CFO, Richard Fairbanks, my performance and gave him instructions on what to do with my performance on the bill. However, Capital One decided to shut down both of my credit cards. I've attached the letter of instructions that I've sent him.

Capital One address: 1680 Capital One Drive, Mclean, Virginia,22102
EIN: 54-1719854

Thank you

MOHAMED ROSHAN
All rights reserved

Mohamed Roshan's

# FEE SCHEDULE

**ISSUED TO:**

CAPITAL ONE FINANCIAL CORPORATION/CAPITAL ONE N.A.
1680 CAPITAL ONE DRIVE, MCLEAN, VA, 22102

START DATE: 03/23/2023 -
END DATE: 04/03/2025

**PAY TO:**

MOHAMED ROSHAN
210-20 HILLSIDE AVENUE, QUEENS VILLAGE,NY,11427
Account No.: ENDING IN 8727 & 6315

| DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|
| CIVIL MONEY PENALTY | 1,000,000 (per day) X 743 days=$743,000,000 | $743,000,000 |
| RESTITUTION | $1,962 | $1,962 |
| EMOTIONAL PAIN & SUFFERING | $1,500 | $1,500 |
| Abandoned securities | Acct # 6315:$503.85<br>Acct # 8727:$629.50 | $1,133.35 |
| Bills of Exchange/ Securities | Acct# 6315: $500.00<br>Acct #8727:$655.94 | $1,155.94 |
| **SUBTOTAL** | | **$743,004,595.35** |
| | **TOTAL** | **$743,004,595.35** |

Mohamed Roshan