```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------ X
MOHAMED ROSHAN,                                  :   Case No. 1:25-cv-02653-RER-JAM
                        Plaintiff,               :
                                                 :   **Petition for prayer of Relief**
                                                 :   _____
                                                 :
v.                                               :
CAPITAL ONE FINANCIAL CORP.,                     :
                                                 :
                        Defendant                :
------------------------------------------------ X
```

### Prayer for Relief

Every time I go and pay my bills using U.S. dollar, I'm compounding the national Debt. Legal Tender is not money. It is a useless debt; some may consider it blood money owned by the Rothschilds. I would like to live righteously by discharging all my debts. I would like to use the bills of exchange as a method of discharging my future debts. I don't want to compound the national Debt.

Since my Principal hasn't received any of his benefits ever since his credit has been denied/declined, I am not able to enjoy my pursuit of happiness, I have the right to credit, I have the right to shelter, I have to right to eat, I have the right to expand my Intelligence/ I am not able to be the creator that I truly am since my Principal is not receiving his Equity and Interest. I am not able to transfer the interest to discharge/set off my debt obligations. By reason aforementioned conduct by the defendant. I, Mohamed Roshan, humbly request the Judge for the following prayers for relief:

1. To discharge or set off all debts owed.
2. To reinstate both Credit cards and keep both accounts open-ended
3. To transfer the security interest to the Principal Account for discharge/setoff
4. For Defendant to Pay the Restitution amount of $1952.00
5. To provide compensation for emotional distress

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing

is true and correct. Dated: Queens, New York

June 27, 2025

Mohamed Roshan 210-20 Hillside Avenue Queens Village, New York 11427
Plaintiff, Pro Se

*[signature: Mohamed Roshan]*

2