UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**MOHAMED ROSHAN,**
Plaintiff,

-against-

**CAPITAL ONE FINANCIAL CORPORATION,**
Defendant.

**Case No. 25-CV-2653 (RER) (JAM)**

**CERTIFICATE OF SERVICE**

Clerk's Office
Filed Date: 8/13/2025
Received on 8/14/2025
CCF

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

I, Mohamed Roshan, hereby certify that on August 13, 2025, I served the following documents in the above-captioned matter:

1. **Plaintiff's Supplemental Submission in Support of Objections to Report and Recommendation**

2. **Plaintiff's Exhibit E – SEC-Filed Chain of Title Evidence (Excerpts)**

**Method(s) of Service:**

- **By ECF Filing:** Filed electronically via the Court's CM/ECF system, which will send notice to all registered counsel of record.

- **By Email:** Sent a PDF copy to Defendant's counsel:

Philip A. Goldstein – pagoldstein@mcguirewoods.com
Michael T. Gregerson – mgregerson@mcguirewoods.com
Blaec C. Croft – bcroft@mcguirewoods.com

- **By U.S. Mail to:**

Philip A. Goldstein, Esq.
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020

I declare under penalty of perjury that the foregoing is true and correct.

**Dated: August 13, 2025**
**Queens, New York**

**/s/ Mohamed Roshan**
**Mohamed Roshan**
**210-20 Hillside Avenue**
**Queens, NY 11427**
**Tel: (347) 553-8886**
**Email: mohamedroshan10019@yahoo.com**
**Plaintiff, Pro Se**