UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Mohamed Roshan,
Plaintiff, Pro Se,

v.

Capital One Financial Corporation,
Defendant.

Case No. 25-CV-2653 (RER) (JAM)

---

CERTIFICATE OF SERVICE

I, Mohamed Roshan, hereby certify that on September 14, 2025, I caused a true and correct copy of the following documents to be served:

Plaintiff's Notice of Supplemental Authority in Support of Objection to Report & Recommendation;

Exhibit G (CFPB Press Release, Jan. 14, 2025).

Service was made via ECF electronic filing system upon all counsel of record, and via Certified Mail and Email to Defendant's counsel:

Philip A. Goldstein
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Email: pagoldstein@mcguirewoods.com

---

Respectfully submitted,

Dated: September 14, 2025
Queens Village, New York

/s/ Mohamed Roshan
210-20 Hillside Avenue
Queens Village, NY 11427
Email: mohamedroshan10019@yahoo.com
Plaintiff, Pro Se